B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rogerson, Edward Hubbard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rogerson, Leah Lynnette** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0031** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6264** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7311 Tamarron Place**<br>**West Chester, OH**<br>ZIP Code **45069** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7311 Tamarron Place**<br>**West Chester, OH**<br>ZIP Code **45069** |
| County of Residence or of the Principal Place of Business:<br>**Butler** | County of Residence or of the Principal Place of Business:<br>**Butler** |
| Mailing Address of Debtor (if different from street address):<br>**395 E U S Hwy 22-3**<br>**Maineville, OH**<br>ZIP Code **45039** | Mailing Address of Joint Debtor (if different from street address):<br>**395 E U S Hwy 22-3**<br>**Maineville, OH**<br>ZIP Code **45039** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rogerson, Edward Hubbard**<br>**Rogerson, Leah Lynnette** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Rogerson, Edward Hubbard**
**Rogerson, Leah Lynnette**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward Hubbard Rogerson**
Signature of Debtor  **Edward Hubbard Rogerson**

X **/s/ Leah Lynnette Rogerson**
Signature of Joint Debtor **Leah Lynnette Rogerson**

Telephone Number (If not represented by attorney)

**November 14, 2008**
Date

#### Signature of Attorney*

X **/s/ Robert A. Goering**
Signature of Attorney for Debtor(s)

**Robert A. Goering 0034600**
Printed Name of Attorney for Debtor(s)

**Goering & Goering**
Firm Name

**220 West Third Street**
**Cincinnati, OH 45202**
Address

**(513) 621-0912**
Telephone Number

**November 14, 2008**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court

## Southern District of Ohio

In re  **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**

Debtor(s)

Case No. _____

Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Edward Hubbard Rogerson**
                               **Edward Hubbard Rogerson**

Date:   **November 14, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Southern District of Ohio

In re   **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**
_____      Case No. _____
                                    Debtor(s)      Chapter      **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Leah Lynnette Rogerson**
                         **Leah Lynnette Rogerson**
Date:    **November 14, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Southern District of Ohio

In re    **Edward Hubbard Rogerson,**                 Case No. _____
           **Leah Lynnette Rogerson**

                                         ,    Chapter _____ **7** _____
                             Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,450,000.00 | | |
| B - Personal Property | Yes | 4 | 79,301.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,936,362.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 540,527.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 80 | | 15,534,897.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 990.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,625.00 |
| Total Number of Sheets of ALL Schedules | | 96 | | | |
| Total Assets | | | 1,529,301.00 | | |
| Total Liabilities | | | | 18,011,787.58 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Southern District of Ohio

In re   **Edward Hubbard Rogerson,**　　　　　　　　　　　　　Case No. _____
 **Leah Lynnette Rogerson**

_____,
　　　　　　　　　　　　　　　　　　Debtors　　　Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Edward Hubbard Rogerson,**                                    Case No. _____

       **Leah Lynnette Rogerson**

_____,

                      Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **7311 Tamarron Place West Chester, OH** | **own** | **J** | **1,450,000.00** | **1,936,365.00** |
| **Listed- no offers** | | | | |
| **1st- 999,250** | | | | |
| **2nd- 96,838** | | | | |
| **3rd- 415,277** | | | | |
| **4th- 425,000** | | | | |

|  | Sub-Total > | **1,450,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,450,000.00** | |

**_0_** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Edward Hubbard Rogerson,**                            Case No. _____
           **Leah Lynnette Rogerson**

                                                         ,
                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank** | J | 60.00 |
| | | **First National Lebanon** | J | 120.00 |
| | | **Ameritrade** | J | 1.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Set-200** **Dinette-300** **TVs-300** **VCR-20** **DVD-20** **Stereo-100** **Bedroom Set-500** **Beds-100** **Tables-200** **Lamps-200** **Microwave-10** **Patio-100** **Bikes-100** **Computer-200** **Printer-100** **Misc. Household items(each)-150** | J | 2,600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Pictures, paintings and wall hangings (any item)** | J | 200.00 |
| 6.  Wearing apparel. | | **Wearing Apparel** | H | 200.00 |
| | | **Wearing Apparel** | W | 200.00 |

                                                             Sub-Total >        **3,381.00**
                                                      (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Edward Hubbard Rogerson,**            Case No. _____
         **Leah Lynnette Rogerson**

                                                 Debtors        ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.    Furs and jewelry. | | **Misc. Jewelry including watch, chain, earrings (any item)** | **J** | **200.00** |
| 8.    Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9.    Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10.   Annuities. Itemize and name each issuer. | **X** | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K with Firsthand Funds - est** | **H** | **40,000.00** |
| | | **401K - ADP est** | **H** | **35,000.00** |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% 400 Wyoming Restaurant Concepts LLC** | **J** | **0.00** |
| | | **100% Charter Equipment LLC** | **J** | **0.00** |
| | | **92.5% EHR Ltd** | **J** | **0.00** |
| | | **72% Encore Naples LLC** | **J** | **0.00** |
| | | **100% Encore Café Company LLC** | **J** | **0.00** |
| | | **100% Encore Café Springboro, LLC** | **J** | **0.00** |
| | | **100% Encore Blakeney, LLC** | **J** | **0.00** |
| | | **100% HXM, Ltd** | **J** | **0.00** |
| | | **85% OLH Ltd** | **J** | **0.00** |
| | | **100% Outlot Holdings Investments LLC** | **J** | **0.00** |
| | | **P & G Dividend Reinvestment Acct** | **J** | **20.00** |
| | | **100% Encore Cafe, LLC** | **J** | **0.00** |

                                            Sub-Total >      **75,220.00**
                                    (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**                                  Case No. _____

**Leah Lynnette Rogerson**

_____ ,

Debtors

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **The above companies owe debtor on numerous receivables. Collectibility is impossible.** | **J** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                **0.00**

(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**                                    Case No. _____
         **Leah Lynnette Rogerson**
                                                                    ,
                              Debtors
                    **SCHEDULE B - PERSONAL PROPERTY**
                              (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Dodge Caravan ( 126,000 miles)** | J | 700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                    Sub-Total >        700.00
                                              (Total of this page)
                                                       Total >      79,301.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                    (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Edward Hubbard Rogerson,**                        Case No. _____
          **Leah Lynnette Rogerson**

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **7311 Tamarron Place** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **40,400.00** | **1,450,000.00** |
| **West Chester, OH** | | | |
| | | | |
| **Listed- no offers** | | | |
| | | | |
| **1st- 999,250** | | | |
| **2nd- 96,838** | | | |
| **3rd- 415,277** | | | |
| **4th- 425,000** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Living Room Set-200** | **Ohio Rev. Code Ann. §** | **2,600.00** | **2,600.00** |
| **Dinette-300** | **2329.66(A)(4)(b)** | | |
| **TVs-300** | | | |
| **VCR-20** | | | |
| **DVD-20** | | | |
| **Stereo-100** | | | |
| **Bedroom Set-500** | | | |
| **Beds-100** | | | |
| **Tables-200** | | | |
| **Lamps-200** | | | |
| **Microwave-10** | | | |
| **Patio-100** | | | |
| **Bikes-100** | | | |
| **Computer-200** | | | |
| **Printer-100** | | | |
| **Misc. Household items(each)-150** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. Pictures, paintings and wall hangings** | **Ohio Rev. Code Ann. §** | **200.00** | **200.00** |
| **(any item)** | **2329.66(A)(4)(b)** | | |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **200.00** | **200.00** |
| | | | |
| **Wearing Apparel** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **200.00** | **200.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry including watch, chain, earrings** | **Ohio Rev. Code Ann. §** | **2,700.00** | **200.00** |
| **(any item)** | **2329.66(A)(4)(b)** | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K with Firsthand Funds - est** | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** | **100%** | **40,000.00** |
| | | | |
| **401K - ADP est** | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** | **100%** | **35,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1991 Dodge Caravan ( 126,000 miles)** | **Ohio Rev. Code Ann. § 2329.66(A)(2)** | **6,450.00** | **700.00** |

   __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Edward Hubbard Rogerson,**                                    Case No. _____
         **Leah Lynnette Rogerson**

_____,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **money including non exempt wages and money at Fifth Third Bank, First National Lebanon and Ameritrade and P & G Dividend Reinvestment Acct.** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **800.00** | **800.00** |
| **any property including Charter Equipment LLC, EHR Ltd, Encore Naples LLC, Encore Cafe Company LLC, Encore Cafe LLC, Encore Cafe Springboro LLC, Encore Blakeney LLC, HXM Ltd, OLH Ltd, Outlot Holdings Investments LLC** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **1,075.00** | **1,075.00** |
| **any property including 400 Wyoming Restaurant Concepts LLC, HXM Ltd, OLH Ltd, Outlot Holdings Investments LLC** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **1,075.00** | **1,075.00** |
| | Total: | **130,700.00** | **1,532,050.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re  **Edward Hubbard Rogerson,**                                      Case No. _____
        **Leah Lynnette Rogerson**
                                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0012276916//cv2008-020702** | | | 11/05 | | | | | |
| **Citimortgage** PO Box 9438 Gaithersburg, MD 20898-9438 | | J | 1st Mtg<br><br>7311 Tamarron Pl | | | | | |
| | | | Value $                1,450,000.00 | | | | 999,250.00 | 0.00 |
| Account No. | | | maker 3rd Mtg<br>Notice Only | | | | | |
| **Encore Cafe** 9521 Fields Ertel Road Loveland, OH 45140 | | J | | | | | | |
| | | | Value $                            0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Notice only | | | | | |
| **Fifth Third Bank** Coll for Hamilton County Development CO 38 Fountain Square Plaza Cincinnati, OH 45202 | | J | | | | | | |
| | | | Value $                            0.00 | | | | 0.00 | 0.00 |
| Account No. 5407334259903855 | | | 5/04 | | | | | |
| **First Financial** Capital Access Acct P O Box 70 Middletown, OH 45042 | | J | 2nd Mtg<br><br>7311 Tamarron Place | | | | | |
| | | | Value $                1,450,000.00 | | | | 96,835.00 | 0.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,096,085.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                               Case No. _____

_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hamilton County Development Co Inc <br> 1776 Mentor Ave <br> Cincinnati, OH 45212** | | J | **3rd Mtg** <br><br> **3/05** <br><br> **7311 Tamarron Pl** <br><br> Value $           1,450,000.00 | | | | 415,277.00 | 0.00 |
| Account No. 1857475007 <br><br> **Key Bank <br> 127 Public Square <br> Cleveland, OH 44114** | | J | **6/06** <br><br> **4th Mtg (guarantor of Encore Naples,LLC)** <br><br> **7311 Tamarron Pl** <br><br> Value $           1,450,000.00 | | | | 425,000.00 | 0.00 |
| Account No. <br><br> **Lerner Sampson Rothfuss <br> Atty for Citimortgage <br> 120 E 4th St  #800 <br> Cincinnati, OH 45202** | | J | **Notice Only** <br><br><br> Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **Mason Schilling Mason <br> P O Box 498367 <br> 5181 Natorp Blvd Suite 202 <br> Cincinnati, OH 45249** | | J | **NOTICE - atty for First Finl Bank** <br><br><br> Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **SBA <br> US Federal Courthouse <br> 501 I State Suite 12-100 <br> Sacramento, CA 95814** | | J | **guar of Hamilton County Development, & Key Bank** <br> **Notice Only** <br><br> Value $                    0.00 | | | | 0.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to          Subtotal          840,277.00          0.00
Schedule of Creditors Holding Secured Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**

Case No. _____

_____ ,

                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | | |
| **Stephen Schuh** **Atty for Hamilton County Development** **2662 Madison Road** **Cincinnati, OH 45208** | | J | | | | | | |
| | | | Value $                    **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,936,362.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Edward Hubbard Rogerson,**                                    Case No. _____
     **Leah Lynnette Rogerson**
                                      ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                    Case No. _____

_____,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | | |
| Indiana Department of Revenue PO Box 0595 Indianapolis, IN 46206-0595 | | J | **withholding tax of 400 Wyoming Restaurant Concepts LLC** | | | | | 0.00 | |
| | | | | | | | 527.97 | | 527.97 |
| Account No. | | | **Notice Only** | | | | | | |
| Ohio Attorney General 150 East Gay Street #21 Columbus, OH 43215 | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | 2007 | | | | | | |
| State of Florida 5050 W Tennessee Street Tallahassee, FL 32399-0125 | | J | **Sales Tax** | | | | | 0.00 | |
| | | | | | | | 240,000.00 | | 240,000.00 |
| Account No. | | | 07 | | | | | | |
| State of Ohio Department of Taxation Attn: Bankruptcy Division P O Box 530 Columbus, OH 43266-0030 | | J | **Sales Tax** | | | | | 0.00 | |
| | | | | | | | 300,000.00 | | 300,000.00 |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 540,527.97 | 540,527.97 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 540,527.97 | 540,527.97 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**          Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**400 Wyoming Resturant Concepts LLC** <br>**coob on various** <br>**7303 Tylers Corner Drive** <br>**West Chester, OH 45069** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**A R Grinding** <br>**PO Box 402** <br>**Batavia, OH 45103** | | J | **05-07** <br>**possible coobligor** | | | | **100.00** |
| Account No. <br><br>**A T & T** <br>**P O Box 70529** <br>**Charlotte, NC 28272** | | J | **05-07** <br>**possible coobligor** | | | | **100.00** |
| Account No. <br><br>**A T & T** <br>**P O Box 9001309** <br>**Louisville, KY 40290** | | J | **05-07** <br>**possible coobligor** | | | | **48.37** |

__79__ continuation sheets attached        Subtotal    **248.37**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
　　　　**Leah Lynnette Rogerson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC Fire Equipment Corp**<br>**5370 Jaeger Road**<br>**Naples, FL 34109** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**AC Electric**<br>**9866 Harrison Avenue**<br>**Harrison, OH 45030** | | J | **05-07**<br>**possible coobligor** | | | | 5,745.50 |
| Account No.<br><br>**Accurate Plumbing Systems**<br>**P O Box 835**<br>**Pineville, NC 28134** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Ace Sanitation Service LLC**<br>**4525 St Rt 128**<br>**Cleves, OH 45002** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Action Courier**<br>**5496 Race Road**<br>**Cincinnati, OH 45247** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __1__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,145.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**                                          Case No. _____
         **Leah Lynnette Rogerson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT**<br>**P O Box 650485**<br>**Dallas, TX 75265** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Advanta**<br>**Customer Service Dept**<br>**PO Box 1228**<br>**Voorhees, NJ 08043-1226** | | J | 06-07<br>goods of Oak Leaf Homes | | | | 31,325.50 |
| Account No.<br><br>**Aflac**<br>**1932 Wynnton Rd**<br>**Columbus, GA 31999-0001** | | J | 05-07<br>possible coobligor | | | | 213.86 |
| Account No.<br><br>**Aicco**<br>**P O Box 73095**<br>**Chicago, IL 60673** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Alco Technologies Inc**<br>**10935A Reed Hartman Hwy**<br>**Cincinnati, OH 45242** | | J | 05-07<br>possible coobligor | | | | 100.00 |

Sheet no. __2__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          31,839.36

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| All Occasions 10629 Reading Rd Cincinnati, OH 45241 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Alsco P O Box 668088 Charlotte, NC 28266 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Alt & Witzig 10178 International Blvd Cincinnati, OH 45246 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| American AMS Billing 7608 15th Street E Sarasota, FL 34243 | | | J | | | | | | 100.00 |
| Account No. **xxx-6-36004** | | | | | 9/07 goods | | | | |
| American Express P O Box 297814 Fort Lauderdale, FL 33329 | | | J | | | | | | 28,872.00 |

Sheet no. __3__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,272.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**
                                      ,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Hood Cleaning**<br>**3091 Snow Hill Road**<br>**West Harrison, IN 47060** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Ameripride Linen and Apparel**<br>**7360 Industrial Road**<br>**Florence, KY 41042** | | J | **06-07**<br>**Service** | | | | 1,000.00 |
| Account No.<br><br>**Anthem**<br>**P O Box 790442**<br>**Saint Louis, MO 63179** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Anthem**<br>**1351 William Howard Taft**<br>**Cincinnati, OH 45206** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Anthem Life**<br>**Dept L 8111**<br>**Columbus, OH 43268** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __4__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**
                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Atha Straw**<br>**P O Box 602**<br>**Burlington, KY 41005** | | J | 05-07<br>possible coobligor | | | | 3.75 |
| Account No.<br><br>**Automatic Gates Plus**<br>**10866 St Rt 774**<br>**Hamersville, OH 45130** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Avaya Financial Services**<br>**P O Box 93000**<br>**Chicago, IL 60673** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**B & L Services**<br>**5520 Southgate Blvd**<br>**Hamilton, OH 45015** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Dave Bachman**<br>**2947 Kingsley Court**<br>**Maineville, OH 45039** | | J | 05-07<br>possible coobligor | | | | 100.00 |

Sheet no. __5__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

403.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**
                                                     ,
                                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Barrett Paving Materials Ince** <br> **600 Shepherd Ave** <br> **Cincinnati, OH 45215** | | J | **2007** <br> **possible coobligor on Mechanic Lien** | | | | 100.00 |
| Account No. <br><br> **Barron Peck Bennie** <br> **Atty for Everett Curtis** <br> **3074 Madison Road** <br> **Cincinnati, OH 45209** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Bartlett & Wiegle Co** <br> **Suite 1100 Tri-state Bldg** <br> **432 Walnut Street** <br> **Cincinnati, OH 45202** | | J | **NOTICE - atty for Willis Heating** | | | | 0.00 |
| Account No. <br><br> **Bayer Becker** <br> **6900 Tylersville Road** <br> **Mason, OH 45040** | | J | **05-07** <br> **possible coobligor** | | | | 10,433.13 |
| Account No. **33495** <br><br> **Beacon Orthaepedics & Sports** <br> **Medicine** <br> **PO Box 634143** <br> **Cincinnati, OH 45263** | | J | **9/07** <br> **medical** | | | | 452.34 |

Sheet no. **6** of **79** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,985.47

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**     Case No. _____
    **Leah Lynnette Rogerson**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beckers Electric Supply Co**<br>**1341 E 4th Street**<br>**Dayton, OH 45402** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Bestmark Services**<br>**5605 Green Circle Drive**<br>**Hopkins, MN 55343** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Bizcomm Technologies**<br>**4328 Corporate Sq Blvd Suite E**<br>**Naples, FL 34104** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Blue Sky**<br>**5836 Mindy Drive**<br>**Hamilton, OH 45011** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Richard Boydston**<br>**Attorney for US Foodservice**<br>**255 E 5th Street**<br>**Suite 2800**<br>**Cincinnati, OH 45202** | | J | **NOTICE - atty for US Foodservice** | | | | 0.00 |

Sheet no. __7__ of __79__ sheets attached to Schedule of           Subtotal         400.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**                                        Case No. _____
       **Leah Lynnette Rogerson**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Branders.com Inc<br>Dept CH 17490<br>Palatine, IL 60055** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Brankamp Printing<br>4890 Gray Road<br>Cincinnati, OH 45231** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Buckeye Concrete Pumping<br>4183 Oxford SJ Rd<br>Middletown, OH 45044** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Bugaboo Moosetracks<br>5165 Deerfield Road<br>Mason, OH 45040** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Builder Resources<br>4680 Cooper Road<br>Cincinnati, OH 45242** | | J | **05-07**<br>**possible coobligor** | | | | 6,000.00 |

Sheet no. __**8**___ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **6,400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A0800690** <br><br> **Builders First Source** <br> **7600 Colerain Ave** <br> **Cincinnati, OH 45239** | | J | 05-07 <br> **possible coobligor** | | | | 11,158.18 |
| Account No. <br><br> **Builders Home Title Agency** <br> **First Title Agency Inc** <br> **6581 Harrison Ave** <br> **Cincinnati, OH 45247** | | J | 2007 <br> **possible coobligor** <br> **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Bureau Of Workers Comp** <br> **Attn: Law Section Bankruptcy Unit** <br> **P O Box 15567** <br> **Columbus, OH 43215-0567** | | J | 2008 <br> **Possible coob with OLH Ltd** | | | | 814.97 |
| Account No. 3002243-2002430 <br><br> **Butler County Dept Envir Serv** <br> **130 High Street** <br> **Hamilton, OH 45011** | | J | 2007 <br> service | | | | 205.97 |
| Account No. <br><br> **Butler Water Systems LLC** <br> **4851 Pleasant Ave** <br> **Fairfield, OH 45014** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |

| | | |
|---|---|---|
| Sheet no. __9__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 12,279.12 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 | | | | |
| Calvin Moore<br>3978 Ardmore Avenue<br>Cincinnati, OH 45229 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | Notice Only | | | | |
| Phillip Cameron<br>Atty for Jansen<br>4400 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202 | | J | | | | | 0.00 |
| Account No. | | | 05-07 | | | | |
| Greg Capannari<br>9333 Wynnecrest Drive<br>Cincinnati, OH 45242 | | J | possible coobligor | | | | 22,437.68 |
| Account No. | | | 05-07 | | | | |
| Carbons<br>P O Box 71<br>Buchanan, MI 49107 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Carolina Cutlery<br>P O Box 7106<br>Charlotte, NC 28241 | | J | possible coobligor | | | | 100.00 |

Sheet no. __10__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,737.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**
                                         ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carolyn Rice Treasurer**<br>**451 West Third Street**<br>**Dayton, OH 45422** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**CE Holt Refrigeration**<br>**Dept 9003 P O Box 7106**<br>**Charlotte, NC 28201** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Centinnial Business**<br>**231 Northland Blvd**<br>**Cincinnati, OH 45246** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Centurion Entertainment**<br>**Tryon St 1st & 6th**<br>**Charlotte, NC 28202** | | J | **2007**<br>**possible coob on Encore Blakney LLC** | | | | 2,100.00 |
| Account No.<br><br>**Century Computer Products**<br>**2230 Michigan Ave**<br>**Santa Monica, CA 90404** | | J | **05-07**<br>**possible coobligor** | | | | 76.00 |

Sheet no. __11__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,476.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Leah Lynnette Rogerson**
　　　　_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Century Title Agency** <br> **8050 Hosbrook Road** <br> **Cincinnati, OH 45236** | | J | **2007** <br> **possible coobligor** <br> **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Certified Paper** <br> **6012-C Old Pineville Road** <br> **Charlotte, NC 28217** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |
| Account No. <br><br> **Certified Service Center** <br> **890 Redna Terrace** <br> **Cincinnati, OH 45215** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |
| Account No. <br><br> **Brian Chambers** <br> **6331 Blueberry Hill Court** <br> **Cincinnati, OH 45248** | | J | **05-07** <br> **possible coobligor** | | | | **234.00** |
| Account No. <br><br> **Champion Windows** <br> **12121 Champion Way** <br> **Cincinnati, OH 45241** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |

Sheet no. __**12**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**534.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**                                    Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **08cv70228**<br><br>**Charles Hamilton Co**<br>**5875 S Ste Rt 48**<br>**P O Box 99**<br>**Maineville, OH 45039** | | | J | | **2007**<br>**possible coob of Grant & Frederick Communities, LLC** | | | | **600,000.00** |
| Account No.<br><br>**Charter Equipment**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | | J | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Charter Oak Floor Covering**<br>**P O Box 543**<br>**Amelia, OH 45102** | | | J | | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No.<br><br>**Chrysler Financial**<br>**P O Box 3208**<br>**Milwaukee, WI 53201** | | | J | | **05-07**<br>**possible coobligor** | | | | **478.21** |
| Account No.<br><br>**Cincinnati Bell**<br>**PO Box 748003**<br>**Cincinnati, OH 45274** | | | J | | **05-07**<br>**possible coobligor** | | | | **100.00** |

Sheet no. __**13**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)        **600,678.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**          Case No. _____
       **Leah Lynnette Rogerson**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cincinnati Bell** <br> **Dept 1811** <br> **Cincinnati, OH 45274** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Cincinnati Bell Technologies Solutions** <br> **4600 Montgomery Road #400** <br> **Cincinnati, OH 45212** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Cincinnati Enquirer** <br> **312 Elm Street** <br> **Cincinnati, OH 45202-2754** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Cincinnati Magazine** <br> **1203 Reliable Parkway** <br> **Chicago, IL 60686** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Cincinnati Protection Systems** <br> **8608 Blue Ash Road** <br> **Cincinnati, OH 45242** | | J | 05-07 <br> possible coobligor | | | | 100.00 |

Sheet no. __14__ of __79__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)     **500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cintas #009**<br>**27 Whitney Drive**<br>**Milford, OH 45150** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Cintas Corporation #294**<br>**12650 Westlinks Drive Suite 2**<br>**Fort Myers, FL 33913** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Cintas Fire Protection**<br>**2520 Reading Road**<br>**Cincinnati, OH 45206** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**City of Springboro**<br>**Water Dept**<br>**Springboro, OH 45066** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**City of Wyoming**<br>**800 Oak Avenue**<br>**Wyoming, OH 45215** | | J | **05-07**<br>**possible coobligor** | | | | 1,797.58 |

Sheet no. __15__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,197.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**                                        Case No. _____

                                                                    ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CK Cleaning** <br>**3518 Marian Drive** <br>**Hamilton, OH 45013** | | J | 05-07 <br>**possible coobligor** | | | | 2,081.13 |
| Account No. <br><br>**Classic Carpet Care** <br>**5781 Star Grass Lane** <br>**Naples, FL 34116** | | J | 05-07 <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Cleanall Pressure Cleaning** <br>**P O Box 24726** <br>**Dayton, OH 45424** | | J | 05-07 <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Clear Channel** <br>**3879 Collections Center Drive** <br>**Chicago, IL 60693** | | J | 05-07 <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Climatrol** <br>**3260 Orange Grove Trail** <br>**Naples, FL 34120** | | J | 05-07 <br>**possible coobligor** | | | | 100.00 |

Sheet no. __16__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,481.13

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**          Case No. _____
      **Leah Lynnette Rogerson**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CM Financial**<br>**401 Huehl Road Suite 1D**<br>**Northbrook, IL 60062** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Coca Cola Bottling**<br>**2329 Payshere Cr**<br>**Chicago, IL 60674** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Coffee Break Services**<br>**1940 Losantiville Road**<br>**Cincinnati, OH 45237** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Collier County Tax Collector**<br>**2800 N Horseshoe Drive**<br>**Naples, FL 34104** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Commercial Air Conditioning**<br>**1901 J &C Unit B**<br>**Naples, FL 34109** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __**17**__ of __**79**__ sheets attached to Schedule of       Subtotal     **500.00**
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**                                          Case No. _____
           **Leah Lynnette Rogerson**
_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-06 possible coobligor | | | | |
| Commercial Parts & Services Inc 6940 Plainfield Road Cincinnati, OH 45236 | | J | | | | | 100.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Compensation Consultants 5500 Glendon Court Suite 300 P O Box 8101 Dublin, OH 43016 | | J | | | | | 6,100.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Complete Sign Works LLC 664 N Main Street Springboro, OH 45066 | | J | | | | | 100.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Concordina Coffee Systems 1287 120th Avenue NE Bellevue, WA 98005 | | J | | | | | 1,005.18 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Cool Aid Electrical 7005 Pondella Road Unit #G North Fort Myers, FL 33903 | | J | | | | | 100.00 |

Sheet no. __18__ of __79__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)             **7,405.18**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                       Case No. _____

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Culligan Water Conditioning** <br> **16101 Old US 41** <br> **Fort Myers, FL 33912** | | J | **1/06** <br> **possible coob on lease of Encore Naples LLC** | | | | 453.00 |
| Account No. <br><br> **Everett Curtis** <br> **2516 Golf Side Drive** <br> **Naples, FL 34110** | | J | **possible coob on share purchase by Encore Naples, LLC** <br> **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Cusano Bakery** <br> **208 NW 4th Avenue** <br> **Miami, FL 33152** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Custom Distributors** <br> **9652 Inter Ocvean Drive** <br> **Cincinnati, OH 45246** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Daniel & Sons Moving** <br> **33 Urbana Avenue** <br> **Dayton, OH 45404** | | J | **05-07** <br> **possible coobligor** | | | | 663.00 |

Sheet no. __19__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,316.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DayDots**<br>**1801 Riverbend West Drive**<br>**Fort Worth, TX 76118** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Dayton Fireplace**<br>**450 Gargrove Road**<br>**Dayton, OH 45449** | | J | **05-07**<br>**possible coobligor** | | | | 5,035.00 |
| Account No. **08CV70353**<br><br>**Mike Debbeler**<br>**Atty for National City**<br>**1900 Fifth Third Center**<br>**511 Walnut**<br>**Cincinnati, OH 45202** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Dell Financial**<br>**P O Box 81577**<br>**Austin, TX 78708-1577** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Demitir Goument Mixes**<br>**P O Box 9975**<br>**Seattle, WA 98109** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __**20**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                (Total of this page)          5,335.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**
                                         **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Dental Care Plus P O Box 630114 Cincinnati, OH 45263-0114** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **Dept of Env & Nat Resources 1632 Mail Service Center Raleigh, NC 27699** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **DHL Express P O Box 504266 Saint Louis, MO 63150** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **Thomas Diehl atty for Charles Hamilton Co 304 East Warren St Lebanon, OH 45036** | | J | | **NOTICE - atty for Charles Hamilton CO** | | | | 0.00 |
| Account No. **Direct TV P O Box 60036 Los Angeles, CA 90060** | | J | | **05-07 possible coobligor** | | | | 100.00 |

Sheet no. __21__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Dirt Divas** <br> **P O Box 480442** <br> **Charlotte, NC 28269** | | J | | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. **xxx1109** <br><br> **Discover** <br> **PO Box 15251** <br> **Wilmington, DE 19886** | | J | | **8/07** <br> **Goods** | | | | 11,176.00 |
| Account No. <br><br> **Sean Donovan** <br> **Atty for Nisbet** <br> **2623 Eric Ave** <br> **Cincinnati, OH 45208** | | J | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Duke Energy** <br> **PO Box 960-EF367** <br> **Cincinnati, OH 45273** | | J | | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Duke Energy** <br> **PO Box 960-EF367** <br> **Cincinnati, OH 45273** | | J | | **05-07** <br> **possible coobligor** | | | | 3,300.00 |

Sheet no. __**22**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,676.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**             Case No. _____
         **Leah Lynnette Rogerson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Durham Drywall**<br>**1234 Popular Hill Drive**<br>**Lebanon, OH 45036** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Eads Fence**<br>**131 Broadway**<br>**Loveland, OH 45140** | | J | 05-07<br>possible coobligor | | | | 550.00 |
| Account No.<br><br>**Ecolab**<br>**P O Box 905327**<br>**Charlotte, NC 28290** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Economou & Flood**<br>**9443 Cincinnati Columbus Road**<br>**West Chester, OH 45069** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Economou & Flood PC**<br>**8829 ChapelSquare Drive Suite B**<br>**Cincinnati, OH 45249** | | J | 1/07<br>service | | | | 282.00 |

Sheet no. __23__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,132.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**
                                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EHR Ltd** <br> **coob on various** <br> **7303 Tylers Corner Drive** <br> **West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **EIS Company** <br> **1148 Samuel Court** <br> **Union, KY 41091** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Embarq** <br> **P O Box 96064** <br> **Charlotte, NC 28296** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Embarq** <br> **P O Box 660068** <br> **Dallas, TX 75266** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Empire Distributors** <br> **5417 Wyoming Dr** <br> **Charlotte, NC 28273** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |

Sheet no. __24__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Encore Blakeney LLC**<br>**dba Encore Bistro & Bar Blakeney**<br>**9824 Rea Road Suite A**<br>**Charlotte, NC 28277** | | J | **coob on various Notice Only** | | | | 0.00 |
| Account No.<br><br>**Encore Blakeney, LLC**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Encore Cafe Company, LLC**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Encore Cafe Springboro,LLC**<br>**dba 776 North Main Street**<br>**Springboro, OH 45066** | | J | **coob on various Notice Only** | | | | 0.00 |
| Account No.<br><br>**Encore Cafe, LLC**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __25__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | coob on various Notice Only | | | | |
| **Encore Cafe, LLC** **dba Encore Bistro & Bar Loveland** **9521 Fields Ertel Road** **Loveland, OH 45140** | | J | | | | | 0.00 |
| Account No. | | | coob on various Notice Only | | | | |
| **Encore Naples LLC** **dba Encore Bistro & Bar Naples** **2500 Vanderbilt Beach Road Suite 1100** **Naples, FL 34109** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Encore Naples, LLC** **coob on various** **7303 Tylers Corner Drive** **West Chester, OH 45069** | | J | | | | | 0.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| **Erie Insurance Group** **100 Erie Ins Pl** **Erie, PA 16530** | | J | | | | | 8,736.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| **Euro USA** **4481 Johnstone Parkway** **Cleveland, OH 44128** | | J | | | | | 100.00 |

Sheet no. __26__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **8,836.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**                                   Case No. _____
       **Leah Lynnette Rogerson**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 | | | | |
| **Evans Landscaping** **4229 Round Bottom Road** **Cincinnati, OH 45244** | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| **Express Parking NC Inc** **1001 W Jasmine Drive Suite N** **West Palm Beach, FL 33403** | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| **Extermital** **4700 St Rt 42** **Mason, OH 45040** | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| **F G Schaefer** **P O Box 6505** **Cincinnati, OH 45206** | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| **Federal Express** **P O Box 262682** **Plano, TX 75026** | | J | possible coobligor | | | | 666.26 |

Sheet no. __27__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,066.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**
         **Leah Lynnette Rogerson**                                            Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**George Fels** <br>**4142 Crossgate Sq** <br>**Cincinnati, OH 45236** | | J | **07-08** <br>**Receiver of Grant Fredericks** <br>**Notice Only** | | | | 0.00 |
| Account No. **0904949823-00018** <br><br>**Fifth Third Bank** <br>**38 Fountain Square Plaza** <br>**Cincinnati, OH 45202** | | J | **03-06** <br>**coob on Outlot Holding Investments LLC** | | | | 574,708.00 |
| Account No. **0904949807-00059** <br><br>**Fifth Third Bank** <br>**38 Fountain Square Plaza** <br>**Cincinnati, OH 45202** | | J | **03-06** <br>**coob on Encore Cafe Springboro, LLC** | | | | 580,917.00 |
| Account No. <br><br>**Filter Services of Charlotte** <br>**204 Linnville Drive** <br>**Matthews, NC 28105** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Chris Finney** <br>**Atty for Nisbet Property Holdings Ltd** <br>**2623 Erie Avenue** <br>**Cincinnati, OH 45208** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __**28**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,155,725.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FirePro** <br> **6626-E East WT Harris** <br> **Charlotte, NC 28215** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **First Bank Richmond** <br> **dba First Federal Leasing** <br> **31 North 9th Street** <br> **P O Box 1145** <br> **Richmond, IN 47374** | | J | 6/05 <br> **possible coob with Encore Cafe Springboro LLC** | | | | 100.00 |
| Account No. <br><br> **First Federal Leasing** <br> **31 North 9th Street** <br> **Richmond, IN 47375** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |
| Account No. 2230028395 <br><br> **First Financial** <br> **300 High Street** <br> **Hamilton, OH 45011** | | J | 03-06 <br> **coob on OLH, Ltd** | | | | 97,300.00 |
| Account No. <br><br> **First Financial** <br> **300 High Street** <br> **Hamilton, OH 45011** | | J | 03-06 <br> **coob on REPS Resource, LLC** | | | | 182,000.00 |

Sheet no. __29__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**279,600.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**                          Case No. _____
        **Leah Lynnette Rogerson**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Financial** <br>**300 High Street** <br>**Hamilton, OH 45011** | | J | **03-06** <br>**coob on 400 Wyoming Restaurant Concepts, LLC** | | | | 1,212,865.00 |
| Account No. <br><br>**Fish Window Cleaning** <br>**P O Box 713** <br>**West Chester, OH 45069** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Five Visual Communications** <br>**5750 Gateway Blvd Suite 201** <br>**Mason, OH 45040** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Flash & Seal** <br>**5261 Pros Drive** <br>**West Chester, OH 45069** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Mark Florence** <br>**Atty for William Oeder** <br>**144 E Mulberry** <br>**Lebanon, OH 45036** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __**30**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,213,165.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05-07 possible coobligor | | | | |
| **Fox Appliance Parts** **6357 Hawkinsville Road** **Macon, GA 31216** | | J | | | | | | 100.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| **Franks Glass Inc** **5191 Dixie Highway** **Fairfield, OH 45014** | | J | | | | | | 100.00 |
| Account No. | | | | 6/03 coob on eqt Lease | | | | |
| **Freedom Financial Leasing Co** **8612 Main Street #F** **Woodstock, GA 30188** | | J | | | | | | 1,100.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| **Freshpoint** **2121-A Distribution Center Drive** **Charlotte, NC 28269** | | J | | | | | | 100.00 |
| Account No. | | | | goods of LLC | | | | |
| **Freshpoint Overton** **1100 6th Ave** **Nashville, TN 37208** | | J | | | | | | 11,020.00 |

Sheet no. __31__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,420.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Roger Friedmann Atty for Hubbcapp 1014 Vine #1450 Cincinnati, OH 45202 | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Daryl W Fultz coob at Key Bank& First Financial 6456 Shady Oak Lane Mason, OH 45040 | | J | | | | | | 0.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| Gardner & Benoit Inc 11401 A Granite Street Charlotte, NC 28241 | | J | | | | | | 100.00 |
| Account No. | | | | Notice Only | | | | |
| GE Capital Coll for Freedom Financial P O Box 103101 Roswell, GA 30076 | | J | | | | | | 0.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| GE Capital Colonial Pacific P O Box 642752 Pittsburgh, PA 15264 | | J | | | | | | 100.00 |

Sheet no. __32__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**                          Case No. _____
         **Leah Lynnette Rogerson**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GE Capital Modular Space**<br>**P O Box 641595**<br>**Pittsburgh, PA 15264** | | J | **05-07**<br>**possible coobligor** | | | | 526.33 |
| Account No.<br><br>**General Hotel & Rest Supply**<br>**13900 NW 82nd Avenue**<br>**Hialeah, FL 33016** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Gourmet Mixes Inc**<br>**P O Box 9975**<br>**Seattle, WA 98109** | | J | **05-07**<br>**possible coobligor** | | | | 52.00 |
| Account No.<br><br>**Grant & Frederick Communities, Ltd**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Grant Settlement H O Assoc**<br>**c/o QI Services**<br>**150 E 4th Street**<br>**Cincinnati, OH 45202** | | J | **NOTICE** | | | | 0.00 |

Sheet no. __33__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         678.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05-07 possible coobligor | | | | |
| Griffin Fletcher & Herndon LLP 3500 Red Bank Road Cincinnati, OH 45227 | | J | | | | | | 1,426.26 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| Groundmasters 7685 Fields Ertle Road Cincinnati, OH 45241 | | J | | | | | | 100.00 |
| Account No. | | | | 06-07 service | | | | |
| Groundmasters Inc 131 Commerce Blvd Loveland, OH 45140 | | J | | | | | | 5,000.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| Gulfshore Insurance Inc 4100 Goodlette Road North Naples, FL 34103 | | J | | | | | | 100.00 |
| Account No. | | | | 05-07 possible coobligor | | | | |
| Charles Hamilton P O Box 99 Maineville, OH 45039 | | J | | | | | | 202,844.19 |

Sheet no. __34__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,470.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harrison Drywall**<br>**29 Harrison Broowkville Road**<br>**West Harrison, IN 47060** | | J | 05-07<br>possible coobligor | | | | 167.20 |
| Account No.<br><br>**HBA**<br>**415 Glensprings Drive**<br>**Cincinnati, OH 45246** | | J | 05-07<br>possible coobligor | | | | 394.00 |
| Account No.<br><br>**HCS**<br>**P O Box 42880**<br>**Cincinnati, OH 45242** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Heartland Food Specialists**<br>**6815 E 34th Street**<br>**Indianapolis, IN 46226** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Henderson Turf**<br>**2969 Beal Road**<br>**Franklin, OH 45005** | | J | 05-07<br>possible coobligor | | | | 8,307.00 |
| Sheet no. __35__ of __79__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 9,068.20 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
    **Leah Lynnette Rogerson**

Case No. _____

                                  ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patricia Hill** <br> **Atty for Fifth Third** <br> **110 N Main #1520** <br> **Dayton, OH 45402** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Home Depot Credit Services** <br> **P O Box 6029** <br> **The Lakes, NV 88901-6029** | | J | **05-07** <br> **possible coobligor** | | | | 2,091.00 |
| Account No. <br><br> **Homestead @Rivers Bend** <br> **Ace Mgt 530 Craig Street** <br> **Covington, KY 41011** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. **07CV69733** <br><br> **Marshall Houseman** <br> **241 W Central Box 264** <br> **Dayton, OH 45459** | | J | **207** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Jim Hubbard** <br> **possible coobligee with Capanari** <br> **9333 Wynnecrest Drive** <br> **Cincinnati, OH 45242** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __**36**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,291.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 | | | | |
| Tori Hudson 3811 Thorngate Drive Mason, OH 45040 | | J | possible coobligor | | | | 272.53 |
| Account No. | | | 2008 | | | | |
| Victoria Hudson 3811 Thorngate Drive Mason, OH 45040 | | J | possible claim | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Humana Inc P O Box 0599 Carol Stream, IL 60132 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | Notice Only | | | | |
| HXM Ltd coob on various 7303 Tylers Corner Drive West Chester, OH 45069 | | J | | | | | 0.00 |
| Account No. | | | 05-07 | | | | |
| Ikon Financial Services P O Box 740541 Atlanta, GA 30374 | | J | possible coobligor | | | | 262.44 |

Sheet no. __37__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          734.97

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**    Case No. _____
     **Leah Lynnette Rogerson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ikon Office Solutions**<br>**P O Box 802558**<br>**Chicago, IL 60680** | | J | **05-07**<br>**possible coobligor** | | | | 1,363.47 |
| Account No.<br><br>**In the News Inc**<br>**8517 Sunstate St**<br>**Tampa, FL 33634** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Infitech**<br>**8878 Brookside Avenue Suite 101**<br>**West Chester, OH 45069** | | J | **05-07**<br>**possible coobligor** | | | | 151.00 |
| Account No.<br><br>**Innovative Marketing**<br>**P O Box 423**<br>**Mason, OH 45040** | | J | **05-07**<br>**possible coobligor** | | | | 417.00 |
| Account No.<br><br>**International Gourmet Foods**<br>**7520-D Fullerton Road**<br>**Springfield, VA 22153** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __38__ of __79__ sheets attached to Schedule of    Subtotal    2,131.47
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
    **Leah Lynnette Rogerson**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JA Uniforms**<br>**12323 SW 132nd Court**<br>**Miami, FL 33186** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Jack Gerald Personnel Inc**<br>**1003 Landfall Way**<br>**Johns Island, SC 29455** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Jansen Insulation**<br>**P O Box 5964VE**<br>**De Pere, WI 54115** | | J | 05-07<br>possible coobligor | | | | 3,221.00 |
| Account No.<br><br>**Jansen Interior Products**<br>**3168 Crescent Avenue**<br>**Erlanger, KY 41018** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Jansen Interior Products**<br>**P O Box 176096**<br>**Ft Mitchell, KY 41017** | | J | 05-07<br>possible coobligor | | | | 13,265.00 |

Sheet no. __39__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,786.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
　　　 **Leah Lynnette Rogerson**　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>John A Becker Co<br>1341 E 4th Street<br>Dayton, OH 45402 | | J | 05-07<br>possible coobligor | | | | 4,683.00 |
| Account No. <br><br>JP Flooring<br>9097 Union Center Blvd<br>West Chester, OH 45069 | | J | 05-07<br>possible coobligor | | | | 49,061.51 |
| Account No. 00609800569655 <br><br>JP Morgan Chase Bank<br>4828 Loop Central Drive<br>Houston, TX 77081 | | J | 2001<br>loan | | | | 42,260.37 |
| Account No. <br><br>KAB Construction<br>7464 Butler Warren Road<br>Mason, OH 45040 | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No. <br><br>Tom & Gail Kelly<br>5276 Fredericks Stand<br>Morrow, OH 45152 | | J | 2007<br>possible coobligor<br>Notice Only | | | | 0.00 |

Sheet no. __40__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**96,104.88**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
    **Leah Lynnette Rogerson**                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kettering Medical Center**<br>**PO Box 713085**<br>**Columbus, OH 43271-3085** | | J | **1998-2007**<br>**possible coob on OLH, Ltd purchase agreement**<br>**Notice Only** | | | | 0.00 |
| Account No.<br><br>**Key Bank**<br>**127 Public Square**<br>**Cleveland, OH 44114** | | J | **03-06**<br>**coob on deficiency REPS Resource, LLC** | | | | 195,000.00 |
| Account No.<br><br>**Key Bank**<br>**127 Public Square**<br>**Cleveland, OH 44114** | | J | **03-06**<br>**Coob on deficiency of Encore Naples, LLC Encore Café Company, LLC, Encore Café Springboro LLC & Encore Café, LLC and def on CD (seized) loan** | | | | 425,000.00 |
| Account No.<br><br>**Key Equipment Finance**<br>**P O Box 203901**<br>**Houston, TX 77216** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Gary Kinman**<br>**2640 Timbercreek Drive**<br>**Lebanon, OH 45036** | | J | **2006**<br>**possible coobligor with OLH, Ltd and possible coobligor for taxes** | | | | Unknown |

Sheet no. __41__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   620,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**            Case No. _____
**Leah Lynnette Rogerson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Tami Kirby** **Atty for Rieman & Arszman Custom** **1 S Main #1600** **Cincinnati, OH 45202** | | J | | | | | 0.00 |
| Account No. | | | **05-07** **possible coobligor** | | | | |
| **Ron Kneidl** **105 Delmar Avenue** **Cincinnati, OH 45214** | | J | | | | | 100.00 |
| Account No. | | | **5/07** **loan to OLH** | | | | |
| **Margaret Lehman** **c/o Diane Kuwamura Esq** **1010 Wayne Ave Suite 220** **Silver Spring, MD 20910** | | J | | | | | 89,000.00 |
| Account No. | | | **NOTICE - atty for Builders First Source** | | | | |
| **Robert Linneman** **600 Vine St Suite 2700** **Cincinnati, OH 45202** | | J | | | | | 0.00 |
| Account No. | | | **05-07** **possible coobligor** | | | | |
| **Living Great MAgazine** **10930-H Loveland Maderia Road** **Loveland, OH 45140** | | J | | | | | 100.00 |

Sheet no. __42__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **89,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
    **Leah Lynnette Rogerson**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LL Ornamental** <br>**6024 St Rt 128** <br>**Cleves, OH 45002** | | J | **05-07** <br>**possible coobligor** | | | | 17,116.00 |
| Account No. <br><br> **Long Range Systems** <br>**P O Box 202056** <br>**Dallas, TX 75320** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Loveland Chamber of Commerce** <br>**442 W Loveland Ave** <br>**Loveland, OH 45140** | | J | **05-07** <br>**possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Lowes** <br>**P O Box 530970** <br>**Atlanta, GA 30353** | | J | **05-07** <br>**possible coobligor** | | | | 390.92 |
| Account No. <br><br> **Marshall Houseman** <br>**241 W Central Box 264** <br>**KY 40466** | | J | **12/06** <br>**possible claim against Encore Cafe Springboro, LLC** | | | | 100.00 |

Sheet no. __43__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,806.92

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
　　　**Leah Lynnette Rogerson**

Case No. _____

_____,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.　　　　Matrix Automation 340 North Main Street Huron, OH 44839 | | | J | | 05-07 possible coobligor | | | | 100.00 |
| Account No.　　　　Matthews Pierce & Lloyd Inc Coll for PPG 830 Walker Road Suite 12 Dover, DE 19904 | | | J | | Notice Only | | | | 0.00 |
| Account No.　　　　MC Steel and Crane Services 2 Braco Ind Blvd Newport, KY 41076 | | | J | | 05-07 possible coobligor | | | | 334.00 |
| Account No.　　　　Maureen McDermott 307 S Main Street P O Box 986 | | | J | | 2006 possible coob with OLH, Ltd | | | | 68,691.00 |
| Account No.　　　　MD Lawn Care P O Box 751146 Dayton, OH 45475 | | | J | | 05-07 possible coobligor | | | | 2,251.00 |

Sheet no. **44** of **79** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,376.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**                                        Case No. _____
      **Leah Lynnette Rogerson**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MDI** **5005 Alex Lee Blvd** **Hickory, NC 28603** | | J | 05-07 possible coobligor | | | | 100.00 |
| Account No. **Mecklenburg County** **P O Box 32728** **Charlotte, NC 28232** | | J | 2007 Possible coob with Encore Bistro and Bar | | | | 100.00 |
| Account No. **Melobourne of Cincinnati** **820 Melbourne St** **Cincinnati, OH 45229** | | J | 05-07 possible coobligor | | | | 100.00 |
| Account No. **Merrick Seafood South Inc** **1229 SE 47th Terrace** **Cape Coral, FL 33904** | | J | 05-07 possible coobligor | | | | 100.00 |
| Account No. **Miami Woodworking** **3187 Western Row Road Suite 100** **Maineville, OH 45039** | | J | 05-07 possible coobligor | | | | 319.00 |

Sheet no. __45__ of __79__ sheets attached to Schedule of                    Subtotal            719.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michaels Pest Control** <br>**25 Cincinnati Avenue Suite 2** <br>**Lebanon, OH 45036** | | J | 05-07 <br>possible coobligor | | | | 1,757.00 |
| Account No. <br><br>**Midwest Cutlery** <br>**300 Wayne Avenue** <br>**Dayton, OH 45420** | | J | 05-07 <br>possible coobligor | | | | 100.00 |
| Account No. <br><br>**Modern Leasing** <br>**P O Box 804466** <br>**Saint Louis, MO 63179** | | J | 05-07 <br>possible coobligor | | | | 100.00 |
| Account No. <br><br>**Moeller High School** <br>**9001 MOntgomery Road** <br>**Cincinnati, OH 45242** | | J | 05-07 <br>possible coobligor | | | | 100.00 |
| Account No. <br><br>**Mutual Distributing** <br>**1133 Upper Asbury Ave** <br>**Charlotte, NC 28206** | | J | 06-07 <br>possible coobligor | | | | 100.00 |

Sheet no. __46__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,157.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**                                                Case No. _____

                                                                    ,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Muzak**<br>**P O Box 538382**<br>**Atlanta, GA 30353** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No.<br><br>**Muzak Florida**<br>**P O Box 538382**<br>**Atlanta, GA 30353** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No.<br><br>**Muzak Gateway River**<br>**P O Box 90427**<br>**Chicago, IL 60696** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No.<br><br>**Muzak LLC**<br>**P O Box 538382**<br>**Newville, AL 36353** | | J | **6/05**<br>**possible coob with Encore Cafe LLC** | | | | **1,000.00** |
| Account No.<br><br>**Muzak Mid Atlantic**<br>**P O Box 589378**<br>**Atlanta, GA 30353** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |

Sheet no. __**47**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**
         **Leah Lynnette Rogerson**                                          Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nantucket on Montgomery Road** 3569 Nantucket Circle Loveland, OH 45140 | | J | 05-07 possible coobligor | | | | 6,000.00 |
| Account No. **NAP Vanair III, LLC** 7500 College Parkway Fort Myers, FL 33907 | | J | 3/05 Guarantee of Lease Encore Naples, LLC | | | | 1,100,000.00 |
| Account No. **Naples Community Hospital** 350 7th St N P O Box 404912 Naples, FL 34102 | | J | 05-07 possible coobligor | | | | 100.00 |
| Account No. **Naples Daily News** 1075 Central Avenue Naples, FL 34102 | | J | 05-07 possible coobligor | | | | 100.00 |
| Account No. **Naples Walk** P O Box 534495 Atlanta, GA 30353 | | J | 05-07 possible coobligor | | | | 100.00 |

Sheet no. __48__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     1,106,300.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0004880310//08cv70353** <br><br> **National City** <br> **P O Box 5570** <br> **Cleveland, OH 44101** | | J | **10/06** <br> **possible deficiency on 5096 Riverview (aka) 12 Homestead 13 Homestead** | | | | 257,035.00 |
| Account No. **9002144351 *see below** <br><br> **National City Bank** <br> **6 North Main Street** <br> **Dayton, OH 45412** | | J | **03-06** <br> **coob on Grant & Frederick Communities, Ltd** <br> ***9002144377** <br> ***0051995389** | | | | 2,274,004.00 |
| Account No. **019484584434335** <br><br> **National City Bank** <br> **6 North Main Street** <br> **Dayton, OH 45412** | | J | **03-06** <br> **coob on Encore Cafe, LLC** | | | | 36,363.00 |
| Account No. <br><br> **National Distributors Co** <br> **441 SW 12th Avenue** <br> **Deerfield Beach, FL 33442** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **National Registered Agents** <br> **P O Box 927** <br> **Princeton Junction, NJ 08550** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |

Sheet no. **49** of **79** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,567,602.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                                    Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**National Welders**<br>**P O Box 34513**<br>**Charlotte, NC 28234** | | | J | | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**NCDENR**<br>**1641 Mail Service Center**<br>**Raleigh, NC 27699** | | | J | | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**NEBS**<br>**P O Box 88042**<br>**Chicago, IL 60680** | | | J | | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**News About You**<br>**4102 Cadillac Court**<br>**Louisville, KY 40213** | | | J | | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Nisbet Properties**<br>**131 Broadway**<br>**Loveland, OH 45140** | | | J | | 05-07<br>possible coobligor | | | | 2,464.00 |

Sheet no. __**50**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,864.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nisbet Property Holdings**<br>**8041 Hosbrook Road #206**<br>**Cincinnati, OH 45236** | | J | **7/07**<br>**coob on Lease of OLH, Ltd** | | | | **22,400.00** |
| Account No.<br><br>**Nisbet Property Holdings Ltd**<br>**8041 Hosbrook Road Suite 206**<br>**Cincinnati, OH 45236** | | J | **5/07**<br>**Guarantee of Lease at 7305 Tylers Corner Dr of Encore Cafe Comapny LLC** | | | | **100,000.00** |
| Account No.<br><br>**Northeast Chamber**<br>**316 West Main Street**<br>**Mason, OH 45040** | | J | **05-07**<br>**possible coobligor** | | | | **530.00** |
| Account No.<br><br>**Northeast Cincy Chamber**<br>**316 West Main Street**<br>**Mason, OH 45040** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No.<br><br>**Novas Bakery**<br>**1511 Central Avenue**<br>**Charlotte, NC 28205** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |

Sheet no. __51__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**123,130.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**                                          Case No. _____
       **Leah Lynnette Rogerson**

                                                                    Debtors,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NuCo2** <br> **P O Box 9011** <br> **Stuart, FL 34995** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |
| Account No. <br><br> **Nyla's Flowers** <br> **P O Box 414** <br> **West Chester, OH 45069** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |
| Account No. <br><br> **O'Rourke & Associates** <br> **2 Summit Park Dr #650** <br> **Independence, OH 44131** | | J | **possible coobligor OLH Ltd on mechanic lien** | | | | **100.00** |
| Account No. <br><br> **Oceanwide Seafood** <br> **P O Box 78** <br> **Springboro, OH 45066** | | J | **05-07** <br> **possible coobligor** | | | | **100.00** |
| Account No. <br><br> **Carl Oder** <br> **1000 W Mason Morrow Millgrove** <br> **Lebanon, OH 45036** | | J | **05-07** <br> **possible coobligor** | | | | **860.64** |

Sheet no. __**52**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal           **1,260.64**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**                                    Case No. _____
        **Leah Lynnette Rogerson**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ohio Window Cleaning Inc**<br>**P O Box 24026**<br>**Dayton, OH 45424** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**OLH Ltd**<br>**coob on various**<br>**7303 Tylers Corner Drive**<br>**West Chester, OH 45069** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**OMalleys**<br>**2335 Hibiscus Drive**<br>**Loveland, OH 45140** | | J | **05-07**<br>**possible coobligor** | | | | 1,367.00 |
| Account No.<br><br>**On Time Framing**<br>**11550 Old Gate Drive Suite 14**<br>**Cincinnati, OH 45246** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Orkin**<br>**5005 W WT Harris Blvd Suite B**<br>**Charlotte, NC 28269** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |

Sheet no. __**53**__ of __**79**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)            **1,667.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Orking Charlotte Commercial 5005 W Wt Harris Blvd Charlotte, NC 28269** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **Our Town 2692 Madison Road N1 #213 Cincinnati, OH 45208** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **Outlot Holding Investments LLC coob on various 7303 Tylers Corner Drive West Chester, OH 45069** | | J | | **Notice Only** | | | | 0.00 |
| Account No. **Palm Beach Media Group P O Box 3344 Palm Beach, FL 33480** | | J | | **05-07 possible coobligor** | | | | 100.00 |
| Account No. **Parking Solutions of NC Inc 1415 South Church St Charlotte, NC 28203** | | J | | **05-07 possible coobligor** | | | | 100.00 |

Sheet no. __54__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                 Case No. _____

_____ ,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Patriot Technologies**<br>**317 Lycoming Street**<br>**Loveland, OH 45140** | | J | **05-07**<br>**possible coobligor** | | | | 4,670.81 |
| Account No.<br><br>**Patterened Concrete**<br>**9470 Le Saint Drive**<br>**Fairfield, OH 45014** | | J | **05-07**<br>**possible coobligor** | | | | 11,910.00 |
| Account No.<br><br>**Pattern Construction Co**<br>**420 Lexon Avenue**<br>**Dayton, OH 45419** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Pavestone**<br>**8479 Broadwell Road**<br>**Cincinnati, OH 45244** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Pennix Cement**<br>**5147 Knollwood Drive**<br>**Morrow, OH 45152** | | J | **05-07**<br>**possible coobligor** | | | | 5,413.38 |

Sheet no. __**55**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **22,194.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **184800011928**<br><br>**Peoples Community Bank**<br>**6100 West Chester Road**<br>**P O Box 1130**<br>**West Chester, OH 45071-1130** | | J | 03-06<br>**coob on The Villages at River Bend, Ltd** | | | | 3,782,948.00 |
| Account No. **1087121**<br><br>**Peoples Community Bank**<br>**6100 West Chester Road**<br>**P O Box 1130**<br>**West Chester, OH 45071-1130** | | J | 03-06<br>**coob on Outlot Holdings Investment, LLC** | | | | 390,000.00 |
| Account No. **184500006337 \*see below**<br><br>**Peoples Community Bank**<br>**6100 West Chester Road**<br>**P O Box 1130**<br>**West Chester, OH 45071-1130** | | J | 03-06<br>**coob on OLH Ltd**<br>**\*1205707**<br>**\*1223296** | | | | 1,593,777.00 |
| Account No.<br><br>**Perfect Window Inc**<br>**314 Filmore Street**<br>**Naples, FL 34104** | | J | 05-07<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Piedmont Natural Gas**<br>**P O Box 70904**<br>**Charlotte, NC 28272** | | J | 05-07<br>**possible coobligor** | | | | 100.00 |

Sheet no. __56__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,766,925.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Edward Hubbard Rogerson,__                                      Case No. _____
         __Leah Lynnette Rogerson__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pitney Bowes**<br>P O Box 0566<br>Carol Stream, IL 60132 | | J | 05-07<br>possible coobligor | | | | 148.60 |
| Account No.<br><br>**Poseidon Seafood**<br>3516 Green Park Circle<br>Charlotte, NC 28217 | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**PostNet**<br>9716-B Rea Rd<br>Charlotte, NC 28277 | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**PPG Architecutural Finishes**<br>P O Box 536864<br>Atlanta, GA 30353 | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Precision Plumbing**<br>6302 Harrison Avenue<br>Cincinnati, OH 45247 | | J | 05-07<br>possible coobligor | | | | 15,849.00 |

Sheet no. __57__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      16,297.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 | | | | |
| John Prescott 659 Wimer Avenue Cincinnati, OH 45226 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Prestige Audio & Visual Services 4835 Para Drive Cincinnati, OH 45237 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Prestige Farms P O Box 561928 Charlotte, NC 28256 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Prestige Wine Distributors 7010 I Reames Road Charlotte, NC 28216 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Pro Edge Cutlery 3131 Regatta Road Naples, FL 34103 | | J | possible coobligor | | | | 100.00 |

Sheet no. __58__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**  
      **Leah Lynnette Rogerson**  
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Production Tool Rental** <br> **8123 S St Rt 48** <br> **Maineville, OH 45039** | | J | 05-07 <br> possible coobligor | | | | 4,090.00 |
| Account No. <br><br> **Progressive Express Insurance** <br> **P O Box 30108** <br> **Tampa, FL 33630** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Promach Solutions** <br> **2251 Arbor Blvd** <br> **Dayton, OH 45439** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. **138674** <br><br> **Proscan Imaging Tylersville** <br> **P O Box 633238** <br> **Cincinnati, OH 45263** | | J | 8/07 <br> medical | | | | 346.64 |
| Account No. <br><br> **Quality Blacktopping** <br> **8347 Patrilla Lane** <br> **Cincinnati, OH 45249** | | J | 05-07 <br> possible coobligor | | | | 9,750.00 |

Sheet no. __59__ of __79__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

14,386.64

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
    **Leah Lynnette Rogerson**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**R & AK Supply**<br>**2950 Dryden Road**<br>**Dayton, OH 45439** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Rack Draf Services**<br>**P O Box 488**<br>**Miamitown, OH 45041** | | J | **05-07**<br>**possible coobligor** | | | | 266.25 |
| Account No.<br><br>**Raqdiant Systems**<br>**P O Box 198755**<br>**Atlanta, GA 30384** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Ray Meyer Sign Co**<br>**8942 Glendale Milford**<br>**Loveland, OH 45140** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No.<br><br>**Regency Centers**<br>**coll for Vanair Partners Ltd**<br>**10117 Princess Palm Avenue Suite 104**<br>**Tampa, FL 33610** | | J | **NOtice Only** | | | | 0.00 |

Sheet no. __60__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

566.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Reliable Repair Service 8605 Butler Warren Road West Chester, OH 45069 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Republic Electric 725B Imperial Ct Charlotte, NC 28273 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Restec Solutions 12101 North Macarthur Blvd #304 Oklahoma City, OK 73162 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Resturant Technologies Inc 12962 Collections Center Drive Chicago, IL 60693 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Rhino Paper & Marketing 3540 NW 56th Street #208 Fort Lauderdale, FL 33309 | | | J | | | | | | 100.00 |

Sheet no. __61__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
           **Leah Lynnette Rogerson**                                                Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rieman & Arszman Custom Dist<br>9190 Seward Road<br>Fairfield, OH 45014 | | J | 06-07<br>Possible coob with OLH Ltd | | | | 12,000.00 |
| Account No.<br><br>Riemeier Lumber<br>1150 Tennessee Avenue<br>Cincinnati, OH 45229 | | J | 05-07<br>possible coobligor | | | | 68,602.00 |
| Account No.<br><br>Wilbur & Virginia Ritchey<br>5315 Cochran<br>Morrow, OH 45152 | | J | possible coob on OLH, Ltd<br>Notice only | | | | 0.00 |
| Account No.<br><br>Rite Way Construction<br>2250 Lebanon Road<br>Clarksville, OH 45113 | | J | 05-07<br>possible coobligor | | | | 2,565.00 |
| Account No. 2306073<br><br>River Bend<br>316 Winding River Rd<br>Maineville, OH 45039 | | J | 2007<br>service | | | | 624.84 |

Sheet no. __62__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        83,791.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**          Case No. _____
      **Leah Lynnette Rogerson**

_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Riverhills Healthcare** <br> **10550 Montgomery Road #33** <br> **Cincinnati, OH 45242** | | J | **12/07** <br> **medical** | | | | 1,000.00 |
| Account No. <br><br> **RJ Insulation** <br> **P O Box 176096** <br> **Ft Mitchell, KY 41017** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **RL Schreiber** <br> **1741 NW 33rd Street** <br> **Pompano Beach, FL 33064** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Robert McCabe Real Estate Group** <br> **12140 Montgomery Road** <br> **Cincinnati, OH 45249** | | J | **2/03** <br> **Guarantee of Lease at McCabe Crossing Shop Center of Encore Cafe, LLC** | | | | 600,000.00 |
| Account No. <br><br> **Roberts Roofing** <br> **5147 Knollwood Road** <br> **Morrow, OH 45152** | | J | **05-07** <br> **possible coobligor** | | | | 100.00 |

Sheet no. __63__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal                      **601,300.00**
                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
**Leah Lynnette Rogerson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 | | | | |
| Roms Aquatic Gardens 15 Quiet Creek #53 Florence, KY 41042 | | J | possible coobligor | | | | 750.00 |
| Account No. | | | 05-07 | | | | |
| Rumpke 10795 Hughes Rd Cincinnati, OH 45251 | | J | possible coobligor | | | | 3,296.00 |
| Account No. | | | 05-07 | | | | |
| S & D Coffee Inc P O Box 1628 Charlotte, NC 28206 | | J | possible coobligor | | | | 100.00 |
| Account No. | | | 05-07 | | | | |
| Salem Door 10389 Wayne Avenue Cincinnati, OH 45215 | | J | possible coobligor | | | | 8,124.00 |
| Account No. | | | NOTICE | | | | |
| Jonathan Sams 205 Reading Road Mason, OH 45040 | | J | | | | | 0.00 |

Sheet no. __64__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,270.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Hubbard Rogerson,**                                    Case No. _____
         **Leah Lynnette Rogerson**
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Robert Sanker Atty for Peoples 1400 Provident Tower 1 East 4th Street Cincinnati, OH 45202 | | J | | | | | 0.00 |
| Account No. | | | NOTICE - guar of Key Bank | | | | |
| SBA 409 Third Street SW Washington, DC 20416 | | J | | | | | 0.00 |
| Account No. | | | NOTICE | | | | |
| Gregory Schmidt Attorney for Barrett Paving 312 Walnut Street Ste 3100 Cincinnati, OH 45202 | | J | | | | | 0.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Settle Builders 4734 Whetzel Avenue Cincinnati, OH 45227 | | J | | | | | 2,094.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| Seuberling Co 2575 Queen City Avenue Cincinnati, OH 45238 | | J | | | | | 2,094.00 |

Sheet no. __65__ of __79__ sheets attached to Schedule of          Subtotal          4,188.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**
       **Leah Lynnette Rogerson**                                          Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shamrock Trenching**<br>**1931 Main Street**<br>**Goshen, OH 45122** | | J | 05-07<br>possible coobligor | | | | 1,358.00 |
| Account No.<br><br>**Sonitrol Security Systems**<br>**815 Wood Ridge Center Drive**<br>**Charlotte, NC 28217** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**South East Enviromental**<br>**P O Box 1746**<br>**Plymouth, MA 02362** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**South Florida Gas Co**<br>**P O Box 111045**<br>**Naples, FL 34108** | | J | 05-07<br>possible coobligor | | | | 100.00 |
| Account No.<br><br>**Southern Icecream & Foods**<br>**1225 Upper Asbury Avenue**<br>**Charlotte, NC 28206** | | J | 05-07<br>possible coobligor | | | | 100.00 |

Sheet no. __66__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         1,758.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Stanley Septic Tank Service P O Box 184 Stanley, NC 28164 | | J | | 05-07 possible coobligor | | | | 100.00 |
| Account No. State of Kentucky Division of Collection 501 High Street P O Box 491 Frankfort, KY 40602 | | J | | 06-07 Possible coob with 400 Wyoming Restaurnat Concepts LLC | | | | 100.00 |
| Account No. Statman Harris Eyrich Atty for 5/3 3700 Carew Tower 441 Vine Street Cincinnati, OH 45202 | | J | | Notice Only | | | | 0.00 |
| Account No. Stillwater Commercial Services 312 Don Lane Cincinnati, OH 45238 | | J | | 05-07 possible coobligor | | | | 100.00 |
| Account No. 00574 Scott Stoller DDS 7237 Cincinnati Dayton Road Suite 103 West Chester, OH 45069 | | J | | 8/07 medical | | | | 97.00 |

Sheet no. __67__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

397.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**                                             Case No. _____
       **Leah Lynnette Rogerson**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 possible coobligor | | | | |
| **Strauss & Troy** **The Federal Reserve Building** **150 E Fourth St** **Cincinnati, OH 45202-4018** | | J | | | | | 100.00 |
| Account No. | | | Notice Only | | | | |
| **Lori Strobl** **Atty for Marshall Houseman** **7979 Clyo Rd** **Dayton, OH 45459** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Lori Strobl** **Atty for Marshall Houseman** **7976 Clyo Road** **Dayton, OH 45459** | | J | | | | | 0.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| **Stuccotek** **9192 Port Union Rialto Road** **West Chester, OH 45069** | | J | | | | | 33,552.00 |
| Account No. | | | Notice Only- indemnification | | | | |
| **Paul & Pam Sturkey** **possible coob on Fifth Third & Key Bank** **7535 Rolling Meadows** **West Chester, OH 45069** | | J | | | | | 0.00 |

Sheet no. __68__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,652.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Edward Hubbard Rogerson,__                                     Case No. _____
       __Leah Lynnette Rogerson__
                                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1402-028185** <br><br>**Suburban Propane** <br>**P O Box 164** <br>**Goshen, OH 45122-0164** | | J | **current service** | | | | 33.41 |
| Account No. **9566** <br><br>**Summit Surgical Center** <br>**P O Box 634137** <br>**Cincinnati, OH 45263-4137** | | J | **2007 medical** | | | | 158.80 |
| Account No. <br><br>**Sunshine Laundry** <br>**1846 1st Avenue South** <br>**Saint Petersburg, FL 33712** | | J | **05-07 possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Sunwest Plumbing** <br>**4376 1st Ave NW** <br>**Naples, FL 34119** | | J | **05-07 possible coobligor** | | | | 100.00 |
| Account No. <br><br>**Taft Stettinius & Hollister** <br>**1800 Star Bank Center** <br>**425 Walnut St** <br>**Cincinnati, OH 45202-3957** | | J | **05-07 possible coobligor** | | | | 36,217.00 |

Sheet no. __69__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,609.21

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
　　　　**Leah Lynnette Rogerson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Teco People Gas** <br> **P O Box 31017** <br> **Tampa, FL 33631** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Telephonetics** <br> **P O Box 116766** <br> **Atlanta, GA 30368** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **Terminix International** <br> **3484 Domestic Avenue Suite B** <br> **Naples, FL 34104** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **The Chefs Garden** <br> **9009 Huron Avery Road** <br> **Huron, OH 44839** | | J | 05-07 <br> possible coobligor | | | | 100.00 |
| Account No. <br><br> **The Hood Guys** <br> **3621 3rd St SW** <br> **Lehigh Acres, FL 33976** | | J | 05-07 <br> possible coobligor | | | | 100.00 |

Sheet no. __70__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　(Total of this page)　　　　**500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Hubbard Rogerson,**  Case No. _____
       **Leah Lynnette Rogerson**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice Only | | | | |
| **The Villages at River Bend, Ltd coob on various 7303 Tylers Corner Drive West Chester, OH 45069** | | | J | | | | | | 0.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| **Thorton Gardens 424 E US 22 Maineville, OH 45039** | | | J | | | | | | 22,194.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| **Time Warner Cable 11252 Cornell Park Drive Cincinnati, OH 45242** | | | J | | | | | | 55.31 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| **Total Care & Repair P O Box 324 Vandalia, OH 45377** | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| **Tri State Water Works 8385 Park Dr #2 Maineville, OH 45039** | | | J | | | | | | 100.00 |

Sheet no. __71__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **22,449.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TriMark Foodcraft**<br>**2601 Hope Chuch Road**<br>**Winston Salem, NC 27103** | | J | **05-07**<br>**possible coobligor** | | | | 100.00 |
| Account No. **4037692661009244**<br><br>**U S Bank**<br>**PO Box 5229**<br>**Recovery Dept**<br>**Cincinnati, OH 45201-5229** | | J | **8/07**<br>**goods** | | | | 9,985.00 |
| Account No. **4336-9400-0170-9686**<br><br>**U S Bank**<br>**PO Box 5229**<br>**Recovery Dept**<br>**Cincinnati, OH 45201-5229** | | J | **9/07**<br>**coob on OLH, Ltd** | | | | 22,086.10 |
| Account No.<br><br>**U S Bank**<br>**P O Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | **05-07**<br>**possible coobligor** | | | | 21,014.31 |
| Account No.<br><br>**Ulmer and Berne**<br>**Coll for FG Schaefer**<br>**600 Vine #2800**<br>**Cincinnati, OH 45202** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __**72**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,185.41

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**
        **Leah Lynnette Rogerson**                                                      Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Christopher Ulrich**<br>**3001 Tamiami Trail North Suite 400**<br>**Naples, FL 34103** | | J | **NOTICE - atty for Everett Curtis** | | | | **0.00** |
| Account No. <br><br>**Unger Distributing Co**<br>**4110 Dana Avenue**<br>**Cincinnati, OH 45223** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |
| Account No. <br><br>**University Pointe Surgical Hospital**<br>**P O Box 6048**<br>**Cincinnati, OH 45270** | | J | **5/07**<br>**medical** | | | | **919.43** |
| Account No. **A0710950**<br><br>**US Foodservice**<br>**9755 Patuxent Woods Drive**<br>**Columbia, MD 21046** | | J | **2006-7**<br>**codefendant on Encore Cafe Company LLC** | | | | **378,408.38** |
| Account No. <br><br>**Valley Refrigeration**<br>**627 N Wayne Street**<br>**Cincinnati, OH 45215** | | J | **05-07**<br>**possible coobligor** | | | | **100.00** |

Sheet no. __73__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | **379,527.81** |
| (Total of this page) | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**
                                                     ,

Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05-07 | | | | |
| **Vanderwist** **7445 Industrail Row Drive** **Mason, OH 45040** | | J | | possible coobligor | | | | |
| | | | | | | | | 1,810.00 |
| Account No. | | | | 05-07 | | | | |
| **Vectren Energy** **P O Box 6262** **Indianapolis, IN 46206** | | J | | possible coobligor | | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | 05-07 | | | | |
| **Verizon Wireless** **PO Box 9058** **Dublin, OH 43017** | | J | | possible coobligor | | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | 05-07 | | | | |
| **Village of Fredericks Stand** **Ace Mngmt 530 Craig Street** **Covington, KY 41011** | | J | | possible coobligor | | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | 05-07 | | | | |
| **Village of Grants Settlement** **ACE Mngmt 530 Craig Street** **Covington, KY 41011** | | J | | possible coobligor | | | | |
| | | | | | | | | 100.00 |

Sheet no. __**74**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,210.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Hubbard Rogerson,**                                    Case No. _____
         **Leah Lynnette Rogerson**
_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05-07 possible coobligor | | | | |
| **Village Rental** **9574 St Rt 48** **Dayton, OH 45458** | | J | | | | | 465.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| **Vista Serv** **6093 Clark Center Avenue** **Sarasota, FL 34238** | | J | | | | | 100.00 |
| Account No. | | | Notice Only | | | | |
| **Brandon Waddle** **Atty for Builder 1st Source** **600 Vine #2700** **Cincinnati, OH 45202** | | J | | | | | 0.00 |
| Account No. | | | 05-07 possible coobligor | | | | |
| **James Walker** **244 East Pekin Rd** **Lebanon, OH 45036** | | J | | | | | 713.00 |
| Account No. | | | Notice Only | | | | |
| **Joseph Walker** **Atty for Robert McCabe Real Est** **2200 PNC Center 201 E5th Street** **Cincinnati, OH 45202** | | J | | | | | 0.00 |

Sheet no. __75__ of __79__ sheets attached to Schedule of                    Subtotal                    1,278.00
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**      Case No. _____
        **Leah Lynnette Rogerson**
_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mike Ward** <br> **10491 St Rt 48** <br> **Loveland, OH 45140** | | J | 05-07 <br> **possible coobligor** | | | | 8,593.00 |
| Account No. <br><br> **Warren County Water** <br> **406 Justice Drive** <br> **Lebanon, OH 45036** | | J | 05-07 <br> **possible coobligor** | | | | 185.00 |
| Account No. <br><br> **Wasserstrom** <br> **2777 Silver Drive** <br> **Columbus, OH 43211** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **Waste Management** <br> **P O Box 9001054** <br> **Louisville, KY 40290** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |
| Account No. <br><br> **West Chester Store & Lock** <br> **7454 Hamilton Mason Road** <br> **West Chester, OH 45069** | | J | 05-07 <br> **possible coobligor** | | | | 100.00 |

Sheet no. __**76**__ of __**79**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,078.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**

Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Side Renovators**<br>**6600 Hayes Road**<br>**Cincinnati, OH 45248** | | J | 05-07<br>possible coobligor | | | | 584.00 |
| Account No. **33528**<br><br>**Wetherington Family Medicine**<br>**Attn Cembex Management**<br>**5053 Wooster Road**<br>**Cincinnati, OH 45226** | | J | 10/06<br>medical | | | | 50.00 |
| Account No.<br><br>**William Oeder Ready Mix**<br>**2764 E US Hwy 22 & 3**<br>**Goshen, OH 45122** | | J | 05-07<br>possible coobligor | | | | 38,664.00 |
| Account No.<br><br>**Willis Heating**<br>**756 Old St Rt 74**<br>**Cincinnati, OH 45245** | | J | 05-07<br>possible coobligor | | | | 4,937.50 |
| Account No.<br><br>**Willis Heating & Air**<br>**756 Old State Rt 74**<br>**Cincinnati, OH 45245** | | J | 8/07<br>service | | | | 89.95 |

Sheet no. __77__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,325.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**
     **Leah Lynnette Rogerson**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Winedoggybag.com 31103 Rancho Viejo Road Suite 2138 San Juan Capistrano, CA 92675 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Wright Brothers 7825 Cooper Road Cincinnati, OH 45242 | | | J | | | | | | 5.43 |
| Account No. | | | | | 7/07 loan to OLH | | | | |
| Wright Farms LLC 4564 Morris Court Mason, OH 45040 | | | J | | | | | | 50,000.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Wyoming Florist 401 Wyoming Avenue Cincinnati, OH 45215 | | | J | | | | | | 100.00 |
| Account No. | | | | | 05-07 possible coobligor | | | | |
| Wyoming Pastry 505 Wyoming Avenue Cincinnati, OH 45215 | | | J | | | | | | 100.00 |

Sheet no. __78__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,305.43

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Hubbard Rogerson,**      Case No. _____
       **Leah Lynnette Rogerson**

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wyoming Waterworks** **800 Oak Ave** **Cincinnati, OH 45215** | | J | **05-07** **possible coobligor** | | | | 100.00 |
| Account No. **Yellow Book USA** **6300 C Street** **Cedar Rapids, IA 52404** | | J | **05-07** **possible coobligor** | | | | 100.00 |
| Account No. **Zenith Insurance** **4415 Collections Center Drive** **Chicago, IL 60693** | | J | **05-07** **possible coobligor** | | | | 100.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __79__ of __79__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
               (Total of this page)     **300.00**

                                      Total
(Report on Summary of Schedules)     **15,534,897.61**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Edward Hubbard Rogerson,**                                    Case No. _____
     **Leah Lynnette Rogerson**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
|  |  |

**0**
_____   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Edward Hubbard Rogerson,**
      **Leah Lynnette Rogerson**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Schedule F** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Asset Manager** | **not working** |
| Name of Employer | **DTRB Restaurants (part time)** | |
| How long employed | **7.5 months** | |
| Address of Employer | **Beech Dr**<br>**Cincinnati, OH** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,083.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,083.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **93.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **93.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **990.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **990.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **990.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor Husband is looking for a full time position. He had major back surgery 12/07, and is still recovering.**

B6J (Official Form 6J) (12/07)

In re  **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**                                      Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?          Yes ___          No __X__ | | |
| b. Is property insurance included?          Yes ___          No __X__ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 0.00 |
|                        b. Water and sewer | $ | 0.00 |
|                        c. Telephone | $ | 0.00 |
|                        d. Other  **cell** | $ | 119.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | $ | 0.00 |
|                        b. Life | $ | 0.00 |
|                        c. Health | $ | 0.00 |
|                        d. Auto | $ | 56.00 |
|                        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                        (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | $ | 0.00 |
|                        b. Other | $ | 0.00 |
|                        c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Estimated auto, auto repair & license** | $ | 200.00 |
|        Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,           $ **1,625.00**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor operated numerous real estate businesses and restaurants until his physical problems, which culminated in extensive back surgery in 12/07.  He had to close the businesses due to the poor real estate market and his physical condition.  Debtors parents have helped to pay bills. His medical bills may vary due to back medications, therapy and possible future surgeries.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 990.00 |
| b.  Average monthly expenses from Line 18 above | $ | 1,625.00 |
| c.  Monthly net income (a. minus b.) | $ | -635.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**

Debtor(s)

Case No. _____

Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **98** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 14, 2008**     Signature **/s/ Edward Hubbard Rogerson**

**Edward Hubbard Rogerson**
Debtor

Date **November 14, 2008**     Signature **/s/ Leah Lynnette Rogerson**

**Leah Lynnette Rogerson**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Southern District of Ohio

In re    Edward Hubbard Rogerson
         Leah Lynnette Rogerson
_____    Case No. _____
                                     Debtor(s)       Chapter      **7**      _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **H-** |
|  | **08-$8,000** |
|  | **07-$0** |
|  | **06-$0** |
| **$0.00** | **W-** |
|  | **08-$0** |
|  | **07-$0** |
|  | **06-$0** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 08-net loss |
| | 07-$33,427 Interest, $704 Dividend- Total income- net loss |
| | 06-$18,705 Interest $18,864 Dividend- Total incom -$371,721 |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Food Service vs Debtors et al A0710950** | **Contract** | **Hamilton County** | **pending** |
| **Jansen Int Prods vs Debtors et al 07CV38196** | **Contract** | **Hamilton County** | **pending** |
| **Chs Hamilton Co vs Debtors et al 08CV70228** | **Civil** | **Warren County** | **pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National City Bank vs Debtors et al 07CV70107** | **Foreclosure** | **Warren County** | **pending** |
| **National City Mtg vs Debtors et al 08CV70353** | **Foreclosure** | **Warren County** | **pending** |
| **Nisbet Prop Hidings vs Debtor et al** | **Contract** | **Butler County** | **Pending** |
| **First Financial vs Debtors et al A0709903** | **Cognovit** | **Hamilton County** | **Pending** |
| **First Financial vs Debtors et al CJ07014648** | **Cert. of judgment** | **Hamilton County** | **judgment** |
| **First Financial vs Debtors et al CJ08003427** | **Cert. of Judgment** | **Hamilton County Common Please** | **judgment** |
| **First Financial vs Debtors et al A0711417** | **Foreclosure** | **Hamilton County** | **pending** |
| **William Oeder Ready Mix vs Debtors et al 08CV70337** | **Civil** | **Warren County** | **pending** |
| **Citimortgage vs Debtors et al CV2008-020702** | **Foreclosure** | **Butler County** | **pending** |
| **Fifth Third Bank vs Debtors et al 08CV71297** | **Foreclosure** | **Warren County** | **pending** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Key Bank 127 Public Square Cleveland, OH 44114** | **2007** | **2 pledged CDs, and stock were siezed (approx. $600,000 in total) against the cross collateralized business loans. Deficiency resulted. See Schedule F.** |
| **First Financial 300 High Street Hamilton, OH 45011** | **2007** | **Stock seized against cross collaterized business loans.** |
| **National City P O Box 5570 Cleveland, OH 44101** | **2007** | **Stock seized against cross collaterized business loans.** |

4

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **National City<br>P O Box 5570<br>Cleveland, OH 44101** | **6/08** | **5096 Riverview Dr S Lebanon OH, sold by the reciever George Fels. Large deficiency resulted.** |

**6.  Assignments and receiverships**

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **National City<br>P O Box 5570<br>Cleveland, OH 44101** | **2007** | **George Fels receiver appointed by Court of Common Pleas Warren County.** |
| **National City<br>P O Box 5570<br>Cleveland, OH 44101** | **2007** | **OLH Ltd owns Grant and Frederick Communites LTD, dba Oak Leaf Homes. The properties are all in receivership with George Fels pursuant to Common Pleas Court order.** |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Goering & Goering**<br>**220 West Third Street**<br>**Cincinnati, OH 45202** | **5/30/08** | **$14,651.00 paid. Debtor paid atty fees too for possible workout and corporate settlements analysis.** |

**10.  Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Greg Wirtley**<br>**5042 Columbia Circle**<br>**Hamilton, OH 45011**<br>not related | **9/10/07** | **2002 Mini Cooper (needed work) sold for approx fmv of 49,000. Funds used for living expenses and businesses.** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Gary Morgan**<br>**3518 Burch Ave**<br>**Cincinnati, OH 45208**<br>not related | **9/10/07** | **2001 Lexus sold for approx fmv of $9,200. Funds used for living expenses and businesses.** |
| **Paul Sturkey**<br><br>not related | **4/10/06** | **Debtor sold 49% shares in Paul Sturkey Bottling Company, LLC to the 51% shareholder for approx fmv of $60,000.  The company lost approx $10,000 the prior year, with few assets.** |
| **Paul Sturkey**<br><br>not related | **11/06** | **Debtor acquired Mr. Sturkeys stock in 5 restaurants and Sturkey paid additional $400,000 ($150,000 paid in 2006, $250,000 paid in 2007) per a settlement agreement and indemnification.** |
| **Ronald Weitzel**<br><br>not related | **9/07** | **Debtor sold his 24% shares in Wheelin and Dealin, LLC for approx $1.  This was a company to share expenses of  a 1993 RV.  Debtor couldn't pay his last 2 years of maintenance so transferred in exchange for debt forgiveness.** |
| **Dividend Reinvestment acct at P&G** | | **sold 8/07 for $2,116 Funds used for living expenses** |
| **DTRB Restaurants, LLC**<br><br>not related | **3/08** | **Debtor sold 100% assets in Encore Blakeney, LLC for approximate fmv of $450,000.  Funds went to Secured Creditors (Key Eqt. Landlord, etc.) payroll and sales taxes.  There was not enough funds to pay the unsecured creditors of the LLC.  Debtor received $0 at closing.** |
| **various**<br><br>not related | **2007-2008** | **Over the last year, debtor has sold furniture and household items to pay bills, mortgage payments and living expenses.  Most items under $300 in value.  The biggest item was a piano sold to a private individual (not related) in 11/07 to help pay his living expenses.** |
| **Thomas Conrad**<br>**102 Oberlin Ct**<br>**Oxford, OH 45056**<br>not related | **9/15/07** | **Sold rental property at 102 Oberlin Ct, Oxford OH for approx fmv of $257,000. Debtor netted $11,500 at the closing.** |
| **Nicholas Fanelli**<br>**5037 Roachester-Osceola Rd**<br>**Morrow, OH 45152**<br>not related | **5/21/07** | **Debtors sold property at 5037 Roachester-Osceola Road for approx fmv of $257,900. Debtors netted $92,000. All funds went into OLH Ltd and all the Encore restaurants to keep them afloat.** |
| **various banks**<br><br>not related | **2007** | **Numerous shares P & G that were used as collateral for loans, were seized by the banks.** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

7

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

9

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Debtor** | | | **Debtor H is 1 and only member in 400 Wyoming Restaurant Concepts LLC.  This business formed 1/98 to operate a restaurant at 400 Wyoming Ave, Cincinnati.  The company closed 11/07 when the secured lender seized the assets.** | |
| **Debtor** | | | **Debtor H is 1 and only member of Charter Equipment LLC.  This business formed 2/06 to own and operate a charterboat.  The business closed 12/06 when the boat was sold for a loss.  There are no other assets or receivables.** | |
| **Debtor** | | | **Debtor H is 92.5 % owner of EHR, Ltd.  This business formed 7/02 to own a vacant piece of land and 40% interest in Austin Springs Apartments, LLC  which owned an adjacent apartment complex.  The properties were sold 3/07 and 5/07. All net funds went to keep the restaurants and businesses afloat. There are no other assets or receivables from this business.** | |

10

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Debtor** | | | **Debtor H is 72% owner in Encore Naples, LLC. This business formed 12/04 to operate one restaurant in Naples FL. The business was sued for eviction 12/07, and closed 3/08.  The assets were seized by the secured lender (Key Bank).** | |
| **Debtor** | | | **Debtor H Is 1 and only member Encore Café Company LLC.  This business formed 1/00 to operate a restaurant in West Chester, OH.  The business closed 11/07.  The asset were seized by the secured lender.** | |
| **Debtor** | | | **Debtor H is 1 and only member in Encore Cafe, LLC. This business formed 7/03 to operate a restaurant in Loveland OH.  The business closed 11/07.  The assets were seized by the secured lender.** | |
| **Debtor** | | | **Debtor H is 1 and only member in Encore Cafe Springboro, LLC.  This business formed 9/04 to operate a restaurant in Springboro, OH.  The business closed 11/07.  The assets were seized by the secured lender.** | |
| **Debtor** | | | **Debtor is 1 and only member in Encore Blakeney, LLC. This business formed 2/06 to operate a restaurant in Charlotte, NC.  This business was sold in 3/08 for approx fmv of $450,000, with funds going to secured creditors, taxes and back payroll.  Debtor received $0 at closing.** | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Debtor** | | | **Debtor is 1 and only member in HXM, Ltd. This business formed late 1999 as a holding company only for 3 businesses(1/2 interest Pellegrino LLC, 49% interest REPS Resources LLC and 33% interest Waterstone Associates LLC). These businesses are all sold and listed on debtors tax return individually. See below for details.** | |
| **Debtor** | | | **Debtor is 85% owner in OLH Ltd. Dba Oak Leaf Homes.  This business formed 1/97 to build and develop land.  The business owned Grant and Fredericks Communities, Ltd to develop land in South Lebanon Ohio,  The Villages at Rivers Bend Ltd to develop land in South Lebanon OH, and 5.5 acres SR 741, Miami Township (parcel sold at loss 4/07).  The debts of this business far exceed the assets. George Fels is receiver (see above)** | |
| **Debtor** | | | **Debtor H is 1 and only member in Outlot Holdings Investments LLC.  This business formed 10/03 to own 2 parcels of land: 1) 776 N Main Street, commercial land Springboro, OH (leased to Encore Café Springboro, LLC) and 2) 1.0 acre Rte 48 Lebanon Rd.  776 N Main is in foreclosure, and the acre lot was deeded in lieu of foreclosure to Peoples Bank.  There are no other assets.** | |

12

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Debtor** | | | **Debtor was 50% owner in Pellegrino,LLC (by pass thru rules on taxes). This business sold all of its assets on 5/16/07 for approx fmv to debtor of $60,000 (total $120,000). The cost basis was $100,000.** | |
| **Debtor** | | | **Debtor was 49% owner in REPS Resource, LLC (by pass thru rules on taxes). This business was losing money and owed over $300,000. Debtor sold his interest for its approx fmv of $1.00.** | |
| **Debtor** | | | **Debtor was 33% owner in Waterstone Associates Ltd. (by pass thru rules on taxes). This business was sold 7/20/07 to B & J Development (not related)  for approx fmv of $2,250,000. Funds went to pay off Natl City Bank (approx $1,506,000, creditors of LLC and any excess funds went into OLH Ltd account to pay bills and keep the various restaurant companies open (see above).** | |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                             ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.


*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                 DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                 ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                      |                      | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                      | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                      PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                      |        | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                 DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                          DATE OF TERMINATION

14

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

15

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 14, 2008**                    Signature   **/s/ Edward Hubbard Rogerson**

**Edward Hubbard Rogerson**
Debtor

Date   **November 14, 2008**                    Signature   **/s/ Leah Lynnette Rogerson**

**Leah Lynnette Rogerson**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**

Debtor(s)

Case No. _____

Chapter   **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 14,651.00 |
| Prior to the filing of this statement I have received | $ | 14,651.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 14, 2008**

                **/s/ Robert A. Goering**
                **Robert A. Goering**
                **Goering & Goering**
                **220 West Third Street**
                **Cincinnati, OH 45202**
                **(513) 621-0912**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF OHIO**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

**Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Robert A. Goering | X **/s/ Robert A. Goering** | **November 14, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**220 West Third Street**
**Cincinnati, OH 45202**
**(513) 621-0912**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Edward Hubbard Rogerson** **Leah Lynnette Rogerson** | X **/s/ Edward Hubbard Rogerson** | **November 14, 2008** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Leah Lynnette Rogerson** | **November 14, 2008** |
| | Signature of Joint Debtor (if any) | Date |

400 Wyoming Resturant Concepts LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

A R Grinding
PO Box 402
Batavia OH 45103

A T & T
P O Box 70529
Charlotte NC 28272

A T & T
P O Box 9001309
Louisville KY 40290

ABC Fire Equipment Corp
5370 Jaeger Road
Naples FL 34109

AC Electric
9866 Harrison Avenue
Harrison OH 45030

Accurate Plumbing Systems
P O Box 835
Pineville NC 28134

Ace Sanitation Service LLC
4525 St Rt 128
Cleves OH 45002

Action Courier
5496 Race Road
Cincinnati OH 45247

ADT
P O Box 650485
Dallas TX 75265

Advanta
Customer Service Dept
PO Box 1228
Voorhees NJ 08043-1226

Aflac
1932 Wynnton Rd
Columbus GA 31999-0001

Aicco
P O Box 73095
Chicago IL 60673

Alco Technologies Inc
10935A Reed Hartman Hwy
Cincinnati OH 45242

All Occasions
10629 Reading Rd
Cincinnati OH 45241

Alsco
P O Box 668088
Charlotte NC 28266

Alt & Witzig
10178 International Blvd
Cincinnati OH 45246

American AMS Billing
7608 15th Street E
Sarasota FL 34243

American Express
P O Box 297814
Fort Lauderdale FL 33329

American Hood Cleaning
3091 Snow Hill Road
West Harrison IN 47060

Ameripride Linen and Apparel
7360 Industrial Road
Florence KY 41042

Anthem
P O Box 790442
Saint Louis MO 63179

Anthem
1351 William Howard Taft
Cincinnati OH 45206

Anthem Life
Dept L 8111
Columbus OH 43268

Atha Straw
P O Box 602
Burlington KY 41005

Automatic Gates Plus
10866 St Rt 774
Hamersville OH 45130

Avaya Financial Services
P O Box 93000
Chicago IL 60673

B & L Services
5520 Southgate Blvd
Hamilton OH 45015

Dave Bachman
2947 Kingsley Court
Maineville OH 45039

Barrett Paving Materials Ince
600 Shepherd Ave
Cincinnati OH 45215

Barron Peck Bennie
Atty for Everett Curtis
3074 Madison Road
Cincinnati OH 45209

Bartlett & Wiegle Co
Suite 1100 Tri-state Bldg
432 Walnut Street
Cincinnati OH 45202

Bayer Becker
6900 Tylersville Road
Mason OH 45040

Beacon Orthaepedics & Sports Medicine
PO Box 634143
Cincinnati OH 45263

Beckers Electric Supply Co
1341 E 4th Street
Dayton OH 45402

Bestmark Services
5605 Green Circle Drive
Hopkins MN 55343

Bizcomm Technologies
4328 Corporate Sq Blvd Suite E
Naples FL 34104

Blue Sky
5836 Mindy Drive
Hamilton OH 45011

Richard Boydston
Attorney for US Foodservice
255 E 5th Street
Suite 2800
Cincinnati OH 45202

Branders.com Inc
Dept CH 17490
Palatine IL 60055

Brankamp Printing
4890 Gray Road
Cincinnati OH 45231

Buckeye Concrete Pumping
4183 Oxford SJ Rd
Middletown OH 45044

Bugaboo Moosetracks
5165 Deerfield Road
Mason OH 45040

Builder Resources
4680 Cooper Road
Cincinnati OH 45242

Builders First Source
7600 Colerain Ave
Cincinnati OH 45239

Builders Home Title Agency
First Title Agency Inc
6581 Harrison Ave
Cincinnati OH 45247

Bureau Of Workers Comp
Attn: Law Section Bankruptcy Unit
P O Box 15567
Columbus OH 43215-0567

Butler County Dept Envir Serv
130 High Street
Hamilton OH 45011

Butler Water Systems LLC
4851 Pleasant Ave
Fairfield OH 45014

Calvin Moore
3978 Ardmore Avenue
Cincinnati OH 45229

Phillip Cameron
Atty for Jansen
4400 Carew Tower
441 Vine Street
Cincinnati OH 45202

Greg Capannari
9333 Wynnecrest Drive
Cincinnati OH 45242

Carbons
P O Box 71
Buchanan MI 49107

Carolina Cutlery
P O Box 7106
Charlotte NC 28241

Carolyn Rice Treasurer
451 West Third Street
Dayton OH 45422

CE Holt Refrigeration
Dept 9003 P O Box 7106
Charlotte NC 28201

Centinnial Business
231 Northland Blvd
Cincinnati OH 45246

Centurion Entertainment
Tryon St 1st & 6th
Charlotte NC 28202

Century Computer Products
2230 Michigan Ave
Santa Monica CA 90404

Century Title Agency
8050 Hosbrook Road
Cincinnati OH 45236

Certified Paper
6012-C Old Pineville Road
Charlotte NC 28217

Certified Service Center
890 Redna Terrace
Cincinnati OH 45215

Brian Chambers
6331 Blueberry Hill Court
Cincinnati OH 45248

Champion Windows
12121 Champion Way
Cincinnati OH 45241

Charles Hamilton Co
5875 S Ste Rt 48
P O Box 99
Maineville OH 45039

Charter Equipment
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Charter Oak Floor Covering
P O Box 543
Amelia OH 45102

Chrysler Financial
P O Box 3208
Milwaukee WI 53201

Cincinnati Bell
PO Box 748003
Cincinnati OH 45274

Cincinnati Bell
Dept 1811
Cincinnati OH 45274

Cincinnati Bell Technologies Solutions
4600 Montgomery Road #400
Cincinnati OH 45212

Cincinnati Enquirer
312 Elm Street
Cincinnati OH 45202-2754

Cincinnati Magazine
1203 Reliable Parkway
Chicago IL 60686

Cincinnati Protection Systems
8608 Blue Ash Road
Cincinnati OH 45242

Cintas #009
27 Whitney Drive
Milford OH 45150

Cintas Corporation #294
12650 Westlinks Drive Suite 2
Fort Myers FL 33913

Cintas Fire Protection
2520 Reading Road
Cincinnati OH 45206

Citimortgage
PO Box 9438
Gaithersburg MD 20898-9438

City of Springboro
Water Dept
Springboro OH 45066

City of Wyoming
800 Oak Avenue
Wyoming OH 45215

CK Cleaning
3518 Marian Drive
Hamilton OH 45013

Classic Carpet Care
5781 Star Grass Lane
Naples FL 34116

Cleanall Pressure Cleaning
P O Box 24726
Dayton OH 45424

Clear Channel
3879 Collections Center Drive
Chicago IL 60693

Climatrol
3260 Orange Grove Trail
Naples FL 34120

CM Financial
401 Huehl Road Suite 1D
Northbrook IL 60062

Coca Cola Bottling
2329 Payshere Cr
Chicago IL 60674

Coffee Break Services
1940 Losantiville Road
Cincinnati OH 45237

Collier County Tax Collector
2800 N Horseshoe Drive
Naples FL 34104

Commercial Air Conditioning
1901 J &C Unit B
Naples FL 34109

Commercial Parts & Services Inc
6940 Plainfield Road
Cincinnati OH 45236

Compensation Consultants
5500 Glendon Court Suite 300
P O Box 8101
Dublin OH 43016

Complete Sign Works LLC
664 N Main Street
Springboro OH 45066

Concordina Coffee Systems
1287 120th Avenue NE
Bellevue WA 98005

Cool Aid Electrical
7005 Pondella Road Unit #G
North Fort Myers FL 33903

Culligan Water Conditioning
16101 Old US 41
Fort Myers FL 33912

Everett Curtis
2516 Golf Side Drive
Naples FL 34110

Cusano Bakery
208 NW 4th Avenue
Miami FL 33152

Custom Distributors
9652 Inter Ocvean Drive
Cincinnati OH 45246

Daniel & Sons Moving
33 Urbana Avenue
Dayton OH 45404

DayDots
1801 Riverbend West Drive
Fort Worth TX 76118

Dayton Fireplace
450 Gargrove Road
Dayton OH 45449

Mike Debbeler
Atty for National City
1900 Fifth Third Center
511 Walnut
Cincinnati OH 45202

Dell Financial
P O Box 81577
Austin TX 78708-1577

Demitir Goument Mixes
P O Box 9975
Seattle WA 98109

Dental Care Plus
P O Box 630114
Cincinnati OH 45263-0114

Dept of Env & Nat Resources
1632 Mail Service Center
Raleigh NC 27699

DHL Express
P O Box 504266
Saint Louis MO 63150

Thomas Diehl
atty for Charles Hamilton Co
304 East Warren St
Lebanon OH 45036

Direct TV
P O Box 60036
Los Angeles CA 90060

Dirt Divas
P O Box 480442
Charlotte NC 28269

Discover
PO Box 15251
Wilmington DE 19886

Sean Donovan
Atty for Nisbet
2623 Eric Ave
Cincinnati OH 45208

Duke Energy
PO Box 960-EF367
Cincinnati OH 45273

Durham Drywall
1234 Popular Hill Drive
Lebanon OH 45036

Eads Fence
131 Broadway
Loveland OH 45140

Ecolab
P O Box 905327
Charlotte NC 28290

Economou & Flood
9443 Cincinnati Columbus Road
West Chester OH 45069

Economou & Flood PC
8829 ChapelSquare Drive Suite B
Cincinnati OH 45249

EHR Ltd
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

EIS Company
1148 Samuel Court
Union KY 41091

Embarq
P O Box 96064
Charlotte NC 28296

Embarq
P O Box 660068
Dallas TX 75266

Empire Distributors
5417 Wyoming Dr
Charlotte NC 28273

Encore Blakeney LLC
dba Encore Bistro & Bar Blakeney
9824 Rea Road Suite A
Charlotte NC 28277

Encore Blakeney, LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Encore Cafe
9521 Fields Ertel Road
Loveland OH 45140

Encore Cafe Company, LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Encore Cafe Springboro,LLC
dba 776 North Main Street
Springboro OH 45066

Encore Cafe, LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Encore Cafe, LLC
dba Encore Bistro & Bar Loveland
9521 Fields Ertel Road
Loveland OH 45140

Encore Naples LLC
dba Encore Bistro & Bar Naples
2500 Vanderbilt Beach Road Suite 1100
Naples FL 34109

Encore Naples, LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Erie Insurance Group
100 Erie Ins Pl
Erie PA 16530

Euro USA
4481 Johnstone Parkway
Cleveland OH 44128

Evans Landscaping
4229 Round Bottom Road
Cincinnati OH 45244

Express Parking NC Inc
1001 W Jasmine Drive Suite N
West Palm Beach FL 33403

Extermital
4700 St Rt 42
Mason OH 45040

F G Schaefer
P O Box 6505
Cincinnati OH 45206

Federal Express
P O Box 262682
Plano TX 75026

George Fels
4142 Crossgate Sq
Cincinnati OH 45236

Fifth Third Bank
Coll for Hamilton County Development CO
38 Fountain Square Plaza
Cincinnati OH 45202

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

Filter Services of Charlotte
204 Linnville Drive
Matthews NC 28105

Chris Finney
Atty for Nisbet Property Holdings Ltd
2623 Erie Avenue
Cincinnati OH 45208

FirePro
6626-E East WT Harris
Charlotte NC 28215

First Bank Richmond
dba First Federal Leasing
31 North 9th Street
P O Box 1145
Richmond IN 47374

First Federal Leasing
31 North 9th Street
Richmond IN 47375

First Financial
Capital Access Acct
P O Box 70
Middletown OH 45042

First Financial
300 High Street
Hamilton OH 45011

Fish Window Cleaning
P O Box 713
West Chester OH 45069

Five Visual Communications
5750 Gateway Blvd Suite 201
Mason OH 45040

Flash & Seal
5261 Pros Drive
West Chester OH 45069

Mark Florence
Atty for William Oeder
144 E Mulberry
Lebanon OH 45036

Fox Appliance Parts
6357 Hawkinsville Road
Macon GA 31216

Franks Glass Inc
5191 Dixie Highway
Fairfield OH 45014

Freedom Financial Leasing Co
8612 Main Street #F
Woodstock GA 30188

Freshpoint
2121-A Distribution Center Drive
Charlotte NC 28269

Freshpoint Overton
1100 6th Ave
Nashville TN 37208

Roger Friedmann
Atty for Hubbcapp
1014 Vine #1450
Cincinnati OH 45202

Daryl W Fultz
coob at Key Bank& First Financial
6456 Shady Oak Lane
Mason OH 45040

Gardner & Benoit Inc
11401 A Granite Street
Charlotte NC 28241

GE Capital
Coll for Freedom Financial
P O Box 103101
Roswell GA 30076

GE Capital Colonial Pacific
P O Box 642752
Pittsburgh PA 15264

GE Capital Modular Space
P O Box 641595
Pittsburgh PA 15264

General Hotel & Rest Supply
13900 NW 82nd Avenue
Hialeah FL 33016

Gourmet Mixes Inc
P O Box 9975
Seattle WA 98109

Grant & Frederick Communities, Ltd
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Grant Settlement H O Assoc
c/o QI Services
150 E 4th Street
Cincinnati OH 45202

Griffin Fletcher & Herndon LLP
3500 Red Bank Road
Cincinnati OH 45227

Groundmasters
7685 Fields Ertle Road
Cincinnati OH 45241

Groundmasters Inc
131 Commerce Blvd
Loveland OH 45140

Gulfshore Insurance Inc
4100 Goodlette Road North
Naples FL 34103

Hamilton County Development Co Inc
1776 Mentor Ave
Cincinnati OH 45212

Charles Hamilton
P O Box 99
Maineville OH 45039

Harrison Drywall
29 Harrison Broowkville Road
West Harrison IN 47060

HBA
415 Glensprings Drive
Cincinnati OH 45246

HCS
P O Box 42880
Cincinnati OH 45242

Heartland Food Specialists
6815 E 34th Street
Indianapolis IN 46226

Henderson Turf
2969 Beal Road
Franklin OH 45005

Patricia Hill
Atty for Fifth Third
110 N Main #1520
Dayton OH 45402

Home Depot Credit Services
P O Box 6029
The Lakes NV 88901-6029

Homestead @Rivers Bend
Ace Mgt 530 Craig Street
Covington KY 41011

Marshall Houseman
241 W Central Box 264
Dayton OH 45459

Jim Hubbard
possible coobligee with Capanari
9333 Wynnecrest Drive
Cincinnati OH 45242

Tori Hudson
3811 Thorngate Drive
Mason OH 45040

Victoria Hudson
3811 Thorngate Drive
Mason OH 45040

Humana Inc
P O Box 0599
Carol Stream IL 60132

HXM Ltd
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Ikon Financial Services
P O Box 740541
Atlanta GA 30374

Ikon Office Solutions
P O Box 802558
Chicago IL 60680

In the News Inc
8517 Sunstate St
Tampa FL 33634

Indiana Department of Revenue
PO Box 0595
Indianapolis IN 46206-0595

Infitech
8878 Brookside Avenue Suite 101
West Chester OH 45069

Innovative Marketing
P O Box 423
Mason OH 45040

International Gourmet Foods
7520-D Fullerton Road
Springfield VA 22153

JA Uniforms
12323 SW 132nd Court
Miami FL 33186

Jack Gerald Personnel Inc
1003 Landfall Way
Johns Island SC 29455

Jansen Insulation
P O Box 5964VE
De Pere WI 54115

Jansen Interior Products
3168 Crescent Avenue
Erlanger KY 41018

Jansen Interior Products
P O Box 176096
Ft Mitchell KY 41017

John A Becker Co
1341 E 4th Street
Dayton OH 45402

JP Flooring
9097 Union Center Blvd
West Chester OH 45069

JP Morgan Chase Bank
4828 Loop Central Drive
Houston TX 77081

KAB Construction
7464 Butler Warren Road
Mason OH 45040

Tom & Gail Kelly
5276 Fredericks Stand
Morrow OH 45152

Kettering Medical Center
PO Box 713085
Columbus OH 43271-3085

Key Bank
127 Public Square
Cleveland OH 44114

Key Equipment Finance
P O Box 203901
Houston TX 77216

Gary Kinman
2640 Timbercreek Drive
Lebanon OH 45036

Tami Kirby
Atty for Rieman & Arszman Custom
1 S Main #1600
Cincinnati OH 45202

Ron Kneidl
105 Delmar Avenue
Cincinnati OH 45214

Margaret Lehman
c/o Diane Kuwamura Esq
1010 Wayne Ave Suite 220
Silver Spring MD 20910

Lerner Sampson Rothfuss
Atty for Citimortgage
120 E 4th St  #800
Cincinnati OH 45202

Robert Linneman
600 Vine St Suite 2700
Cincinnati OH 45202

Living Great MAgazine
10930-H Loveland Maderia Road
Loveland OH 45140

LL Ornamental
6024 St Rt 128
Cleves OH 45002

Long Range Systems
P O Box 202056
Dallas TX 75320

Loveland Chamber of Commerce
442 W Loveland Ave
Loveland OH 45140

Lowes
P O Box 530970
Atlanta GA 30353

Marshall Houseman
241 W Central Box 264
KY 40466

Mason Schilling Mason
P O Box 498367
5181 Natorp Blvd Suite 202
Cincinnati OH 45249

Matrix Automation
340 North Main Street
Huron OH 44839

Matthews Pierce & Lloyd Inc
Coll for PPG
830 Walker Road Suite 12
Dover DE 19904

MC Steel and Crane Services
2 Braco Ind Blvd
Newport KY 41076

Maureen McDermott
307 S Main Street
P O Box 986

MD Lawn Care
P O Box 751146
Dayton OH 45475

MDI
5005 Alex Lee Blvd
Hickory NC 28603

Mecklenburg County
P O Box 32728
Charlotte NC 28232

Melobourne of Cincinnati
820 Melbourne St
Cincinnati OH 45229

Merrick Seafood South Inc
1229 SE 47th Terrace
Cape Coral FL 33904

Miami Woodworking
3187 Western Row Road Suite 100
Maineville OH 45039

Michaels Pest Control
25 Cincinnati Avenue Suite 2
Lebanon OH 45036

Midwest Cutlery
300 Wayne Avenue
Dayton OH 45420

Modern Leasing
P O Box 804466
Saint Louis MO 63179

Moeller High School
9001 MOntgomery Road
Cincinnati OH 45242

Mutual Distributing
1133 Upper Asbury Ave
Charlotte NC 28206

Muzak
P O Box 538382
Atlanta GA 30353

Muzak Florida
P O Box 538382
Atlanta GA 30353

Muzak Gateway River
P O Box 90427
Chicago IL 60696

Muzak LLC
P O Box 538382
Newville AL 36353

Muzak Mid Atlantic
P O Box 589378
Atlanta GA 30353

Nantucket on Montgomery Road
3569 Nantucket Circle
Loveland OH 45140

NAP Vanair III, LLC
7500 College Parkway
Fort Myers FL 33907

Naples Community Hospital
350 7th St N
P O Box 404912
Naples FL 34102

Naples Daily News
1075 Central Avenue
Naples FL 34102

Naples Walk
P O Box 534495
Atlanta GA 30353

National City
P O Box 5570
Cleveland OH 44101

National City Bank
6 North Main Street
Dayton OH 45412

National Distributors Co
441 SW 12th Avenue
Deerfield Beach FL 33442

National Registered Agents
P O Box 927
Princeton Junction NJ 08550

National Welders
P O Box 34513
Charlotte NC 28234

NCDENR
1641 Mail Service Center
Raleigh NC 27699

NEBS
P O Box 88042
Chicago IL 60680

News About You
4102 Cadillac Court
Louisville KY 40213

Nisbet Properties
131 Broadway
Loveland OH 45140

Nisbet Property Holdings
8041 Hosbrook Road #206
Cincinnati OH 45236

Nisbet Property Holdings Ltd
8041 Hosbrook Road Suite 206
Cincinnati OH 45236

Northeast Chamber
316 West Main Street
Mason OH 45040

Northeast Cincy Chamber
316 West Main Street
Mason OH 45040

Novas Bakery
1511 Central Avenue
Charlotte NC 28205

NuCo2
P O Box 9011
Stuart FL 34995

Nyla's Flowers
P O Box 414
West Chester OH 45069

O'Rourke & Associates
2 Summit Park Dr #650
Independence OH 44131

Oceanwide Seafood
P O Box 78
Springboro OH 45066

Carl Oder
1000 W Mason Morrow Millgrove
Lebanon OH 45036

Ohio Attorney General
150 East Gay Street #21
Columbus OH 43215

Ohio Window Cleaning Inc
P O Box 24026
Dayton OH 45424

OLH Ltd
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

OMalleys
2335 Hibiscus Drive
Loveland OH 45140

On Time Framing
11550 Old Gate Drive Suite 14
Cincinnati OH 45246

Orkin
5005 W WT Harris Blvd Suite B
Charlotte NC 28269

Orking Charlotte Commercial
5005 W Wt Harris Blvd
Charlotte NC 28269

Our Town
2692 Madison Road N1 #213
Cincinnati OH 45208

Outlot Holding Investments LLC
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Palm Beach Media Group
P O Box 3344
Palm Beach FL 33480

Parking Solutions of NC Inc
1415 South Church St
Charlotte NC 28203

Patriot Technologies
317 Lycoming Street
Loveland OH 45140

Patterened Concrete
9470 Le Saint Drive
Fairfield OH 45014

Pattern Construction Co
420 Lexon Avenue
Dayton OH 45419

Pavestone
8479 Broadwell Road
Cincinnati OH 45244

Pennix Cement
5147 Knollwood Drive
Morrow OH 45152

Peoples Community Bank
6100 West Chester Road
P O Box 1130
West Chester OH 45071-1130

Perfect Window Inc
314 Filmore Street
Naples FL 34104

Piedmont Natural Gas
P O Box 70904
Charlotte NC 28272

Pitney Bowes
P O Box 0566
Carol Stream IL 60132

Poseidon Seafood
3516 Green Park Circle
Charlotte NC 28217

PostNet
9716-B Rea Rd
Charlotte NC 28277

PPG Architecutural Finishes
P O Box 536864
Atlanta GA 30353

Precision Plumbing
6302 Harrison Avenue
Cincinnati OH 45247

John Prescott
659 Wimer Avenue
Cincinnati OH 45226

Prestige Audio & Visual Services
4835 Para Drive
Cincinnati OH 45237

Prestige Farms
P O Box 561928
Charlotte NC 28256

Prestige Wine Distributors
7010 I Reames Road
Charlotte NC 28216

Pro Edge Cutlery
3131 Regatta Road
Naples FL 34103

Production Tool Rental
8123 S St Rt 48
Maineville OH 45039

Progressive Express Insurance
P O Box 30108
Tampa FL 33630

Promach Solutions
2251 Arbor Blvd
Dayton OH 45439

Proscan Imaging Tylersville
P O Box 633238
Cincinnati OH 45263

Quality Blacktopping
8347 Patrilla Lane
Cincinnati OH 45249

R & AK Supply
2950 Dryden Road
Dayton OH 45439

Rack Draf Services
P O Box 488
Miamitown OH 45041

Raqdiant Systems
P O Box 198755
Atlanta GA 30384

Ray Meyer Sign Co
8942 Glendale Milford
Loveland OH 45140

Regency Centers
coll for Vanair Partners Ltd
10117 Princess Palm Avenue Suite 104
Tampa FL 33610

Reliable Repair Service
8605 Butler Warren Road
West Chester OH 45069

Republic Electric
725B Imperial Ct
Charlotte NC 28273

Restec Solutions
12101 North Macarthur Blvd #304
Oklahoma City OK 73162

Resturant Technologies Inc
12962 Collections Center Drive
Chicago IL 60693

Rhino Paper & Marketing
3540 NW 56th Street #208
Fort Lauderdale FL 33309

Rieman & Arszman Custom Dist
9190 Seward Road
Fairfield OH 45014

Riemeier Lumber
1150 Tennessee Avenue
Cincinnati OH 45229

Wilbur & Virginia Ritchey
5315 Cochran
Morrow OH 45152

Rite Way Construction
2250 Lebanon Road
Clarksville OH 45113

River Bend
316 Winding River Rd
Maineville OH 45039

Riverhills Healthcare
10550 Montgomery Road #33
Cincinnati OH 45242

RJ Insulation
P O Box 176096
Ft Mitchell KY 41017

RL Schreiber
1741 NW 33rd Street
Pompano Beach FL 33064

Robert McCabe Real Estate Group
12140 Montgomery Road
Cincinnati OH 45249

Roberts Roofing
5147 Knollwood Road
Morrow OH 45152

Roms Aquatic Gardens
15 Quiet Creek #53
Florence KY 41042

Rumpke
10795 Hughes Rd
Cincinnati OH 45251

S & D Coffee Inc
P O Box 1628
Charlotte NC 28206

Salem Door
10389 Wayne Avenue
Cincinnati OH 45215

Jonathan Sams
205 Reading Road
Mason OH 45040

Robert Sanker
Atty for Peoples
1400 Provident Tower
1 East 4th Street
Cincinnati OH 45202

SBA
US Federal Courthouse
501 I State Suite 12-100
Sacramento CA 95814

SBA
409 Third Street SW
Washington DC 20416

Gregory Schmidt
Attorney for Barrett Paving
312 Walnut Street
Ste 3100
Cincinnati OH 45202

Stephen Schuh
Atty for Hamilton County Development
2662 Madison Road
Cincinnati OH 45208

See Schedule F


Settle Builders
4734 Whetzel Avenue
Cincinnati OH 45227

Seuberling Co
2575 Queen City Avenue
Cincinnati OH 45238

Shamrock Trenching
1931 Main Street
Goshen OH 45122

Sonitrol Security Systems
815 Wood Ridge Center Drive
Charlotte NC 28217

South East Enviromental
P O Box 1746
Plymouth MA 02362

South Florida Gas Co
P O Box 111045
Naples FL 34108

Southern Icecream & Foods
1225 Upper Asbury Avenue
Charlotte NC 28206

Stanley Septic Tank Service
P O Box 184
Stanley NC 28164

State of Florida
5050 W Tennessee Street
Tallahassee FL 32399-0125

State of Kentucky
Division of Collection
501 High Street
P O Box 491
Frankfort KY 40602

State of Ohio
Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus OH 43266-0030

Statman Harris Eyrich
Atty for 5/3
3700 Carew Tower
441 Vine Street
Cincinnati OH 45202

Stillwater Commercial Services
312 Don Lane
Cincinnati OH 45238

Scott Stoller DDS
7237 Cincinnati Dayton Road
Suite 103
West Chester OH 45069

Strauss & Troy
The Federal Reserve Building
150 E Fourth St
Cincinnati OH 45202-4018

Lori Strobl
Atty for Marshall Houseman
7976 Clyo Road
Dayton OH 45459

Stuccotek
9192 Port Union Rialto Road
West Chester OH 45069

Paul & Pam Sturkey
possible coob on Fifth Third & Key Bank
7535 Rolling Meadows
West Chester OH 45069

Suburban Propane
P O Box 164
Goshen OH 45122-0164

Summit Surgical Center
P O Box 634137
Cincinnati OH 45263-4137

Sunshine Laundry
1846 1st Avenue South
Saint Petersburg FL 33712

Sunwest Plumbing
4376 1st Ave NW
Naples FL 34119

Taft Stettinius & Hollister
1800 Star Bank Center
425 Walnut St
Cincinnati OH 45202-3957

Teco People Gas
P O Box 31017
Tampa FL 33631

Telephonetics
P O Box 116766
Atlanta GA 30368

Terminix International
3484 Domestic Avenue Suite B
Naples FL 34104

The Chefs Garden
9009 Huron Avery Road
Huron OH 44839

The Hood Guys
3621 3rd St SW
Lehigh Acres FL 33976

The Villages at River Bend, Ltd
coob on various
7303 Tylers Corner Drive
West Chester OH 45069

Thorton Gardens
424 E US 22
Maineville OH 45039

Time Warner Cable
11252 Cornell Park Drive
Cincinnati OH 45242

Total Care & Repair
P O Box 324
Vandalia OH 45377

Tri State Water Works
8385 Park Dr #2
Maineville OH 45039

TriMark Foodcraft
2601 Hope Chuch Road
Winston Salem NC 27103

U S Bank
PO Box 5229
Recovery Dept
Cincinnati OH 45201-5229

U S Bank
P O Box 790408
Saint Louis MO 63179-0408

Ulmer and Berne
Coll for FG Schaefer
600 Vine #2800
Cincinnati OH 45202

Christopher Ulrich
3001 Tamiami Trail North Suite 400
Naples FL 34103

Unger Distributing Co
4110 Dana Avenue
Cincinnati OH 45223

University Pointe Surgical Hospital
P O Box 6048
Cincinnati OH 45270

US Foodservice
9755 Patuxent Woods Drive
Columbia MD 21046

Valley Refrigeration
627 N Wayne Street
Cincinnati OH 45215

Vanderwist
7445 Industrail Row Drive
Mason OH 45040

Vectren Energy
P O Box 6262
Indianapolis IN 46206

Verizon Wireless
PO Box 9058
Dublin OH 43017

Village of Fredericks Stand
Ace Mngmt 530 Craig Street
Covington KY 41011

Village of Grants Settlement
ACE Mngmt 530 Craig Street
Covington KY 41011

Village Rental
9574 St Rt 48
Dayton OH 45458

Vista Serv
6093 Clark Center Avenue
Sarasota FL 34238

Brandon Waddle
Atty for Builder 1st Source
600 Vine #2700
Cincinnati OH 45202

James Walker
244 East Pekin Rd
Lebanon OH 45036

Joseph Walker
Atty for Robert McCabe Real Est
2200 PNC Center 201 E5th Street
Cincinnati OH 45202

Mike Ward
10491 St Rt 48
Loveland OH 45140

Warren County Water
406 Justice Drive
Lebanon OH 45036

Wasserstrom
2777 Silver Drive
Columbus OH 43211

Waste Management
P O Box 9001054
Louisville KY 40290

West Chester Store & Lock
7454 Hamilton Mason Road
West Chester OH 45069

West Side Renovators
6600 Hayes Road
Cincinnati OH 45248

Wetherington Family Medicine
Attn Cembex Management
5053 Wooster Road
Cincinnati OH 45226

William Oeder Ready Mix
2764 E US Hwy 22 & 3
Goshen OH 45122

Willis Heating
756 Old St Rt 74
Cincinnati OH 45245

Willis Heating & Air
756 Old State Rt 74
Cincinnati OH 45245

Winedoggybag.com
31103 Rancho Viejo Road Suite 2138
San Juan Capistrano CA 92675

Wright Brothers
7825 Cooper Road
Cincinnati OH 45242

Wright Farms LLC
4564 Morris Court
Mason OH 45040

Wyoming Florist
401 Wyoming Avenue
Cincinnati OH 45215

Wyoming Pastry
505 Wyoming Avenue
Cincinnati OH 45215

Wyoming Waterworks
800 Oak Ave
Cincinnati OH 45215

Yellow Book USA
6300 C Street
Cedar Rapids IA 52404

Zenith Insurance
4415 Collections Center Drive
Chicago IL 60693

B22A (Official Form 22A) (Chapter 7) (01/08)

In re **Edward Hubbard Rogerson**
**Leah Lynnette Rogerson**
_____
Debtor(s)

Case Number: _____
(If known)

| According to the calculations required by this statement: |
|---|
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. | Gross receipts | $ | $ |<br>| b. | Ordinary and necessary business expenses | $ | $ |<br>| c. | Business income | Subtract Line b from Line a | | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>|---|---|---|<br>| a. | Gross receipts | $ | $ |<br>| b. | Ordinary and necessary operating expenses | $ | $ |<br>| c. | Rent and other real property income | Subtract Line b from Line a | | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)** 2

| | | | |
|---|---|---|---|
| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |
| 10 | Income from all other sources. Specify source and amount.  If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>Debtor   Spouse<br>a. _____ $ _____ $ _____<br>b. _____ $ _____ $ _____<br>Total and enter on Line 10 | $ | $ |
| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |
| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, VI or VII.<br>☐ The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. |

Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $ _____<br>b. _____ $ _____<br>c. _____ $ _____<br>d. _____ $ _____<br>Total and enter on Line 17 | $ |
| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                                                              3

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter on Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <br><br> <table><tr><td colspan="2">**Household members under 65 years of age**</td><td></td><td colspan="2">**Household members 65 years of age or older**</td><td></td></tr><tr><td>a1.</td><td>Allowance per member</td><td></td><td>a2.</td><td>Allowance per member</td><td></td></tr><tr><td>b1.</td><td>Number of members</td><td></td><td>b2.</td><td>Number of members</td><td></td></tr><tr><td>c1.</td><td>Subtotal</td><td></td><td>c2.</td><td>Subtotal</td><td></td></tr></table> | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** <br><br> <table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)** 4

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions** | |
|---|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
| | a.   Health Insurance — $ | |
| | b.   Disability Insurance — $ | |
| | c.   Health Savings Account — $ | $ |
| | Total and enter on Line 34.  **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:  $ | |
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.**  Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).**  Enter the total of Lines 34 through 40 | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                                                6

| | **Subpart C: Deductions for Debt Payment** |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no | |
| | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt.** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**     7

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

**Part VII. ADDITIONAL EXPENSE CLAIMS**

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

**Part VIII. VERIFICATION**

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date:    __November 14, 2008__       Signature:   **/s/ Edward Hubbard Rogerson** <br>                                            **Edward Hubbard Rogerson** <br>                                              (Debtor) <br><br> Date:    __November 14, 2008__       Signature   **/s/ Leah Lynnette Rogerson** <br>                                            **Leah Lynnette Rogerson** <br>                                            (Joint Debtor, if any) |
|---|---|